| Principal | Date payment should have been made | Date of Award | Days from payment date to award | Interest rate | Preaward interest | Today's Date | Days Since Award | Postaward Interest | Total interest | Total award | Conversion Rate | Amount in Dollars |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ₦ 18,341,744.65 | 5/30/16 | 6/7/19 | 1103 | 5% | ₦ 2,771,362.24 | 8/24/21 | 809 | ₦ 2,032,667.32 | ₦ 4,804,029.56 | ₦ 23,145,774.21 | 0.0050 | $ 115,728.87 |
| ₦ 6,240,117.00 | 5/30/16 | 6/7/19 | 1103 | 5% | ₦ 942,856.03 | 8/24/21 | 809 | ₦ 691,541.73 | ₦ 1,634,397.77 | ₦ 7,874,514.77 | 0.0050 | $ 39,372.57 |
| ₦ 245,980,000.00 | 4/2/13 | 6/7/19 | 2257 | 5% | ₦ 76,051,624.66 | 8/24/21 | 809 | ₦ 27,259,975.34 | ₦ 103,311,600.00 | ₦ 349,291,600.00 | 0.0063 | $ 2,200,537.08 |
| ₦ 51,279,663.75 | 10/25/10 | 6/7/19 | 3147 | 5% | ₦ 22,106,452.30 | 8/24/21 | 809 | ₦ 5,682,910.68 | ₦ 27,789,362.99 | ₦ 79,069,026.74 | 0.0066 | $ 521,855.58 |
| ₦ 8,261,026.54 | 6/28/19 | 6/7/19 | | 5% | | 8/24/21 | 788 | ₦ 891,738.21 | ₦ 891,738.21 | ₦ 9,152,764.75 | 0.0033 | $ 30,204.12 |
| ₦ 330,102,551.94 | | | | | ₦ 101,872,295.24 | | | ₦ 36,558,833.28 | ₦ 138,431,128.52 | ₦ 468,533,680.46 | | $ 2,907,698.22 |