UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER A. CHIEJINA and
PICCOL NIGERIA LTD,

No.

           Petitioners,

    vs.

FEDERAL REPUBLIC OF NIGERIA,

           Respondent

## DECLARATION OF THEODORE J. FOLKMAN

I, Theodore J. Folkman, make the following declaration.

1.      I am counsel to the Petitioners in this action. I was admitted to the bar of Massachusetts in 2001 and to the bar of this Court in 2018 and have been continually in good standing since my admission.

2.      Attached to this Declaration as Exhibit 1 is a true copy of the contract dated April 20, 2005 between the Federal Government of Nigeria and PICCOL Nigeria Ltd. The Standard Conditions of Contract incorporated into the contract is included, but the tender, the specifications, the bill of quantities, the schedule of rates and prices, and the drawings are not included.

3.      Attached to this Declaration as Exhibit 2 is a true copy of the final award issued on June 7, 2019 in *PICCOL Nigeria Ltd. and P.A. Chiejina v. Federal Republic of Nigeria,* an arbitration conducted at the Regional Centre for International Commercial Arbitration Lagos.

4.      Attached to this Declaration as Exhibit 3 is a true copy of a document I downloaded on August 17, 2021 using the following URL:

https://dorothyufotandcompany.com/our-people.

5.      Attached to this Declaration as Exhibit 4 is a true copy of the award in *Enron Nigeria Power Holding Ltd. v. Lagos State Government et al.,* ICC International Court of Arbitration Case No. 14417/EBS/VRO/AGF.

6.      Attached to this Declaration as Exhibit 5 is a true copy of the award issued on August 14, 2008 in *Continental Transfert Technique Ltd. v. Federal Government of Nigeria et al.,* an arbitration conducted in London.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 24, 2021.

*/s/ Theodore J. Folkman*

Theodore J. Folkman