

A

# CONTRACT AGREEMENT

(CONSTRUCTION OF GULLY EROSION CONTROL STRUCTURES AT UMUAKO UBIRILEM, ORSU LOCAL GOVERNMENT AREA OF IMO STATE)

## BETWEEN

## THE FEDERAL GOVERNMENT OF NIGERIA

## AND

## Messrs. PICCOL NIGERIA LIMITED

**13, EKIOMADO STREET,**
**OFF 4 S & T ROAD,**
**USELU QUARTERS,**
**P. O. BOX 6392,**
**BENIN CITY.**

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos
3/7/19



CONTENTS

| | | Page |
|---|---|---|
| 1.0 | OBJECT OF THE AGREEMENT - | 4 |
| 1.1 | CONTRACT SUM - | 5 |
| 2.0 | METHOD OF PAYMENT - | 5 |
| 3.0 | WORDS AND EXPRESSIONS - | 6 |
| 4.0 | CONTRACT DOCUMENTS - | 7 |
| 5.0 | SEVERABILITY - | 7 |
| 6.0 | WAIVER - | 7 |
| 7.0 | NON GRATIFICATION - | 8 |
| 8.0 | CONTRACT SUM - | 8 |
| 9.0 | COMPLETION OF WORK - | 9 |
| 10.0 | STANDARD OF CONSTRUCTION - | 9 |
| 11.0 | COMPLETION DATE - | 9 |
| 12.0 | EXTENSION OF TIME - | 10 |
| 13.0 | VARIATION OF ORIGINAL CONTRACT SUM - | 10 |
| 14.0 | GUARANTEE - | 10 |
| 15.0 | RETENTION FEE - | 11 |
| 16.0 | PENALTY FOR NON PERFORMANCE - | 11 |
| 17.0 | MATERIAL BREACH BY THE CONTRACTOR - | 12 |
| 18.0 | ARBITRATION - | 13 |
| 19.0 | EMPLOYERS' OBLIGATION - | 14 |
| 20.0 | CONTRACTOR'S OBLIGATION - | 14 |
| 21.0 | INSURANCE - | 14 |
| 22.0 | AMENDMENT - | 15 |
| 23.0 | FORCE MAJEURE - | 15 |
| 24.0 | TERMINATION BY THE CONTRACTOR - | 16 |
| 25.0 | NON ASSIGNMENT - | 16 |
| 26.0 | EFFECTIVE DATE | 17 |
| 27.0 | NOTICES - | 17 |

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos
3/7/19

THE PRESIDENCY

34

THIS AGREEMENT is made this 20th day of April 2006 BETWEEN THE GOVERNMENT OF THE FEDERAL REPUBLIC OF NIGERIA represented by Col. MUSA MOHAMMED (Rtd) Honourable Minister of Inter-Governmental Affairs, Special Duties & Youth Development/Chairman, National Committee on Ecological Problems whose business office is situated at Ecological Fund Office, The Presidency, Abuja hereinafter referred to as 'THE EMPLOYER' (which expression shall where the context so admits include its successors-in- title and assigns) of the one part

AND

Messrs. PICCOL NIGERIA LIMITED, a company registered in Nigeria with its business office at 13, Ekiomado Street, Off 4 S & T Road, Uselu Quarters, P. O. Box 6392, Benin City and represented by Engr. P. A. Chiejina (Managing Director) hereinafter referred to as 'THE CONTRACTOR' (which expression shall where the context so admits include its representatives, agents successors and assigns) of the other part.

WHEREAS the Employer is desirous of undertaking the construction of Gully Erosion Control Structures at Umuako Ubirilem, Orsu Local Government Area of Imo State (hereinafter called 'the works') and has caused drawings and bill of quantities, showing and describing the work to be done.

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos
3/7/19

THE PRESIDENCY
SGF'S OFFICE
(LEGAL UNIT)
20 APR 2006
ORIGINAL COPY
LEGAL ...



33

WHEREAS the Contractor has supplied the employer with a fully priced copy of the Bill of Quantities (which copy is hereinafter referred to as 'The Contract Bills').

WHEREAS the drawings listed in the 'Schedule of drawings' therein (hereinafter referred to as "The Contract Drawings") and the contract bills have been signed by or on behalf of the parties hereto.

WHEREAS the Employer has appointed the Anambra-Imo River Basin Development Authority (hereinafter referred to as "the Executing Agency") to provide appropriate management and supervision of the project on its behalf.

AND WHEREAS the contractor has presented itself as possessing the technical expertise, knowledge and know-how required by the Employer to undertake the services mentioned above as per the terms and conditions hereinafter appearing.

NOW IT IS HEREBY AGREED AS FOLLOWS:

1.0 OBJECT OF THE AGREEMENT

The object of this Agreement is to provide for the terms and conditions under which the Contractor shall construct the Gully Erosion Control Structures at Umuako Ubirilem, Orsu Local Government Area of Imo State

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos.
3/7/19



in accordance with specifications contained in the Scheduled of Drawings which is also described in the annex attached to this Agreement.

1.1 CONTRACT SUM

For the execution of the works and services described in the Schedule of Drawings and Priced in the Bill of Quantities, the contractor shall be paid a total fixed and firm contract sum of N255,898,518.75 (Two hundred and fifty-five million, eight hundred and ninety-eight thousand, five hundred and eighteen naira, seventy-five kobo) only, inclusive of Withholding Tax and Value Added Tax.

1.2 The Contractor covenants to meet all financial and other obligations due to the Consultants, as specified in Bill No. 1 in the Bill of Quantities, without delay or default. Payment for the design and supervision fees respectively shall be made by the Employer.

2.0 METHOD OF PAYMENT

(i) All sums due to the Contractor under this Agreement shall be paid in Nigerian Naira.

(ii) Payments to the Contractor shall be against a certificate issued under the hand of the Consultants containing a full-itemized statement of the estimated value of the works executed.

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration
3/7/19

THE PRESIDENCY
SGF'S OFFICE
(LEGAL UNIT)
20 APR 2006
ORIGINAL

31

including materials for construction on site, up to the period covered by the statement.

(iii) The Employer shall advance the sum of N63,974,629.69k (Sixty-three million, nine hundred and seventy-four thousand, six hundred and twenty-nine naira, sixty-nine kobo) only, representing 25% of the contract sum to the Contractor for constructional plant and materials upon submission by the Contractor of an advance payment guarantee from a reputable bank acceptable to the Employer securing the payment. Further payments shall be made after attainment of 25% of the project and upon certification by the Project Consultants as aforesaid of subsequent stages reached in respect of the project.

(iv) The Contractor shall submit to the Employer, an Advance Payment Guarantee from a reputable bank acceptable to the Employer to secure the 25% Advance Payment to be made to the Contractor.

(v) All subsequent payments shall be made on certification by the Consultants to the Project certifying the works done and recommending the payment for such works in accordance with the conditions provided in the Schedule attached to this Agreement.

3.0 WORDS AND EXPRESSIONS

In this Agreement words and expressions shall have the same meaning as are respectively assigned to them in the General Conditions of

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos
3/7/19



Contract, which conditions hereunto annexed shall also be part and parcel of this Agreement.

4.0 CONTRACT DOCUMENTS

The following documents shall be deemed to form and be construed as part of this Agreement, viz:

(a) The tender above quoted, the Letter of Award of Contract and the Letter of Acceptance thereof::

(b) The said General Conditions of Contract;

(c) The specification hereunto annexed;

(d) The bill of quantities hereunto annexed;

(e) The schedule of rates and prices for day work hereunto annexed; and

(f) The drawings

5.0 SEVERABILITY

If any term or provision of this agreement is found invalid or unenforceable, the remaining terms and provisions shall nonetheless remain in full force and effect to the extent permitted by law and shall be construed and interpreted to achieve the intention of the parties.

6.0. WAIVER

The failure of either party to enforce its rights under the terms and conditions of this agreement or to exercise any right hereunder shall

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration
3/7/19

THE PRESIDENCY
SGF'S OFFICE
(LEGAL UNIT)
ORIGINAL



not constitute a waiver of the same or affect that party's right thereafter to enforce the same or affect the party's right to any other remedy contained in this agreement.

7.0 NON-GRATIFICATION

The Contractor hereby represents to the Employer that it has not promised, made, given and undertakes not to promise, make or give any gratification, commission, bribe or similar reward in any form or manner whatever in connection with or as a result of the award or performance of this agreement. In the event that it is proved to the satisfaction of the Employer that such gratification or reward was promised, made or given, the Employer shall at its sole option terminate this agreement without prior notice to the Contractor notwithstanding any provision to the contrary, contained in this agreement and without prejudice to any other remedy or action which the Employer may have under this agreement or the law prior to the date of such termination.

8.0 CONTRACT SUM

The contract sum contained in this Agreement shall be a fixed lump sum, which may only be mutually varied as provided under this agreement.

CERTIFIED TRUE COPY
Regional Centre For Int'l Commercial Arbitration-Lagos
3/7/19

THE PRESIDENCY
LEGAL ADVISER



28

9.0 COMPLETION OF WORK

The execution of the works shall be deemed to be completed after the Contractor has removed all un-required materials and debris from the site and an authorised representative of the Employer has issued to the Contractor a Certificate of completion, and for the purpose of the issuance of such certificate of completion, the authorised representative of the Employer, all signing together, shall be:

(a) Anambra-Imo River Basin Development Authority

(b) The Consultants; and

(c) The Auditor-General of the Federation.

10.0 STANDARD OF CONSTRUCTION

The execution of the works shall be in accordance with the specifications as contained in the drawings which the Contractor has inspected or examined, and which is deemed incorporated in this agreement. The Employer shall furnish the Contractor with a copy of each drawing/specification on signing of this agreement. The Contractor covenants that the works to be executed by him under this Agreement shall meet all standards required of such works in the industry.

11.0 COMPLETION DATE

The Contractor hereby agrees to complete the execution of the works within 52 (fifty-two) weeks with effect from the date of the receipt of the advance payment mentioned in Article 2 (iii) above.

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos.
3/7/19

27

## 12.0 EXTENSION OF TIME

The Employer may at its discretion in writing extend the period of completion of the works at the request of the Contractor. This is without prejudice to the Employer's rights to damages as a result of losses which may accrue as a consequence of the delay, incompetence, negligence or failure of the Contractor to comply with the terms and conditions of this contract.

## 13.0 VARIATION OF ORIGINAL CONTRACT SUM

For any variation in the specifications or plan of the works or variation in any of the terms of this Agreement which may result in an increase of the contract sum hereinbefore stipulated, the prior written consent of the Employer thereon shall be obtained. If the variation shall result in increase in contract price, no such variation shall be entertained unless based on written agreement of the parties before the actual variation is made. For the avoidance of doubt, any claim for fluctuation or increase in prices is not within the purview of this agreement.

## 14.0 GUARANTEE

If within six (6) months calculated from the date of handing over or commissioning of the works (whichever is applicable) any part of the



works has become defective, the Employer shall immediately notify the Contractor that the works have become defective specifying details of the defects on account of inferior or faulty materials or workmanship but not through fair wear and tear. On receipt of the Employer's notice, the Contractor shall without delay rectify such defects. 5% (five per centum) of the contract price, being the aggregate of the retention fees referred to in Article 15, shall only be paid to the Contractor after the expiration of the 6 (six) months guarantee period.

15.0 RETENTION FEE

A total of 5% (five per Centum) of the contract sum shall be retained by the Employer. Deduction of the 5% retention fee shall be made on each interim payment certificate paid to the Contractor. The retention fee so deducted shall be payable to the Contractor six (6) months from the date of completion and or commissioning of the works, upon presentation of a certificate of completion signed by the duly authorized representative of the Employer as specified in Article 10 (i) above, stipulating that the Contractor has discharged all its contractual obligations under this agreement.

16.0 PENALTY FOR NON-PERFORMANCE

If the Contractor fails to complete the execution of the works within the period stipulated in Article 11 and no extension of time has been granted as provided for under this agreement, it shall be liable to a

CERTIFIED TRUE COPY
Regional Centre For Int'l Commercial Arbitration-Lagos
3/7/19



25

penalty in the sum of .05% (point zero five, per cent) of the contract sum per week until the satisfactory completion of the works. This penalty shall however not exceed one quarter of the total contract sum.

## 17.0 MATERIAL BREACH BY THE CONTRACTOR

If the Contractor commits a material breach of this Agreement and fails to remedy same after 14 days notice to that effect has been given by the Employer, such a breach shall be a ground for the Employer to determine this Agreement and take possession of the whole works or if the Contractor defaults in any one or more of the following respects, that is to say:-

(a) If it without reasonable cause, wholly suspends the carrying out of the works before the completion thereof; or.

(b) If it fails to proceed regularly and diligently, with the works; or

(c) If it refuses or persistently neglects to comply with a written notice from the Employer requiring it to remove defective work or improper materials and by such refusal or neglect the works are materially affected.

17.1 In the event of the agreement being determined as aforesaid, the following shall be the respective rights and duties of the parties:

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos
3/7/19

(i) The Employer may employ and pay other persons to carry out and complete the works and use all equipment or materials intended for, delivered to, or placed on; or adjacent to the site of the works and may purchase all materials necessary for the carrying out and completion of the works.

(ii) The Contractor shall pay damages to the Employer to cover the amount of any direct loss and/or damage caused to the Employer by the determination of this agreement.

(iii) The parties hereby agree that where this Agreement is determined in accordance with the provisions of this clause, the reasonable cost of all equipment or materials taken over at the site and the assessment of work done as may be certified by the Consultant shall be taken into consideration when assessing the damage due to the Employer under the provisions of this agreement.

18.0 ARBITRATION

Any dispute, controversy or claim arising out of or relating to this contract or the breach, termination or invalidity thereof, shall be settled by arbitration at the Regional Centre for International Commercial Arbitration, Lagos, under the applicable Arbitration

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-L...
3/7/19

THE PRESIDENCY
COPY OFFICE
LEGAL ADVISER

23

Rules in the schedule to the Arbitration and Conciliation Act Cap. 19 Laws of the Federation of Nigeria 1990.

## 19.0 EMPLOYER'S OBLIGATION

In consideration of the satisfactory execution of the works by the Contractor, the Employer covenants:

(i) To issue the appropriate certificate and pay to the Contractor any sums due to it with minimal delay; and

(ii) Not to obstruct or unreasonably delay the Contractor in giving the appropriate instructions, drawings, terrain levels or other details necessary for the execution of the works.

## 20.0 CONTRACTOR'S OBLIGATION

In consideration of the payments to be made by the Employer to the Contractor as herein before mentioned, the Contractor covenants with the Federal Government of Nigeria to execute, complete and test the works in conformity with the industry standards and the provisions of this contract.

## 21.0 INSURANCE

The Contractor undertakes to insure the entire works in the joint names of the Employer and the Contractor in accordance with the

CERTIFIED TRUE COPY
Regional Centre For Int'l Commercial Arbitration
3/7/19

THE PRESIDENCY ... LEGAL ADVISER



22

provisions of the General Conditions of Contract annexed to this Agreement.

21.1 The Contractor shall indemnify the Employer for any loss and /or damage suffered as a result of the Contractor's failure to insure the works from commencement to the completion and hand-over.

22.0 AMENDMENT

Any amendment to this Agreement shall be valid only when made in writing and consented to by the parties or their authorised representatives.

23.0 FORCE MAJEURE

(i) Either party to this Agreement shall have no responsibility or liability with respect to any failure or delay in the performance of any term or condition of the agreement if such failure or delay is due, wholly or in part, to any cause which is unforeseeable, unavoidable or beyond the party's reasonable control, including but not limited in any way to Acts of God, floods, fires, industrial strikes, labour unrest, acts of war or sabotage, insurrection or civil disorder, or any order or decree, law or regulation of any government or governmental agency which may impede or prevent the party's performance of this Agreement.

TIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration
3/7/19



21

(ii) In the event of the occurrence of force majeure as explained in paragraph (i) above, the party's performance of this Agreement shall be suspended until the cessation of such force majeure and time for performance extended for the corresponding period.

(iii) If, however, such force majeure shall persist for a period exceeding thirty (30) days, the parties shall hold consultations to determine the appropriate steps to be taken on the future implementation of this Agreement.

(iv) If the matter cannot be resolved through such consultations, it shall be referred to arbitration under Article 18 of this Agreement.

24.0 TERMINATION BY THE CONTRACTOR

In the event that the Employer shall commit or permit a breach of any material part of this Agreement the Contractor shall have the right to terminate the Agreement by giving three (3) months notice in writing to the Employer specifying the default and the action to be taken to remedy the breach; provided that if the Employer shall make good the breach to the satisfaction of the Contractor within the default notice period, the notice of termination shall be deemed to be void and of no legal effect.

25.0 NON-ASSIGNMENT

The Contractor shall not, without the prior written consent of the Employer, assign, or transfer the works or contract sum due to him

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration
3/7/19

THE PRESIDENCY
CERTIFIED COPY
LEGAL ADVISER



under this Agreement or any part, share or interest therein directly or indirectly to any person whatsoever.

26.0 EFFECTIVE DATE

This Agreement shall become effective from the date of signing and upon payment of the advance payment of 25% of the Contract sum mentioned in paragraph 2 (iii) above.

27.0 NOTICES

Any notice, authorisation, information, instruction and correspondence required or authorised by this Agreement to be given by either party to the other shall be sent by registered post to the other party at the address set forth below or to such other address as either party shall notify the other in writing:

**THE EMPLOYER –:**

**The Presidency, Ecological Fund Office,**

**Attention:** **Hon. Minister for Intergovernmental Affairs, Special Duties & Youth Development, New Federal Secretariat Complex, Phase II, Bulet Building, Abuja.**

CERTIFIED TRUE COPY
Regional Centre For Int'l Commercial Arbitration
3/7/19

THE PRESIDENCY ECOLOGICAL FUND OFFICE (LEGAL UNIT) ... COPY LEGAL ADVISER



THE CONTRACTOR –:

Messrs. Piccol Nigeria Limited,

**Attention:** 13, Ekiomado Street,

Off 4 S & T Road,

Uselu Quarters,

P. O. Box 6392,

Benin City.

**IN WITNESS WHEREOF** the parties hereto have hereunto caused their hands and seals to be set the day, month and year first above written.

**SIGNED, SEALED AND DELIVERED** for the within named Employer:

Col. MUSA MOHAMMED (Rtd),
Honourable Minister of Inter-Governmental Affairs,
Special Duties & Youth Dev./Chairman, National
Committee on Ecological Problems.

In the presence of:

Name: ..BABA....SANA..ZIANNA

Address: ECOLOGICAL FUND OFFICE

Designation: ......Ag PS..................

Signature:.........................................

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration-Lagos
3/7/19



18

In the presence of:

Name: Engr. Greg Ubamaze, Avst.

Address: **Anambra-Imo River Basin Development Authority**

Designation: ED (Ops)

Signature: [signature]

**SIGNED, SEALED AND DELIVERED**
for the within named Contractor: [signature] 20/4/06

**Messrs. Piccol Nigeria Limited**
represented by, **Engr. P. A. Chiejina**
(Managing Director)

In the presence of:

Name: JULIUS O. OTUNYO

Address: 13 EKIOMADO ST.
BENIN-CITY

Designation: Accts/Admin. Manager

Signature: [signature]
20-04-06

CERTIFIED TRUE COPY
Regional Centre For Int'l
Commercial Arbitration ...
3/7/19

THE PRESIDENCY
SGF'S OFFICE
ORIGINAL COPY
LEGAL ADVISER

GOVERNMENT OF THE FEDERAL REPUBLIC OF NIGERIA

# STANDARD CONDITIONS OF CONTRACT - (ROADWORKS)

## VOLUME 1

1973.

DIRECTOR OF FEDERAL PUBLIC WORKS,
MINISTRY OF WORKS AND HOUSING,
HEADQUARTERS,
LAGOS, NIGERIA.

289

# CONDITIONS OF CONTRACT

## TABLE OF CONTENTS

| Clause Nos. | | DEFINITIONS AND INTERPRETATIONS |
|---|---|---|
| 1. | (1) | Definitions |
| | (2) | Singular and Plural |
| | (3) | Marginal Headings of Notes |
| | | ENGINEER'S REPRESENTATIVE |
| 2. | | Duties and Powers of Engineer's Representative |
| | | ASSIGNMENT AND SUB-LETTING |
| 3. | | Assignment |
| 4. | | Sub-Letting |
| | | EXTENT OF CONTRACT |
| 5. | | Extent of Contract |
| | | CONTRACT DOCUMENTS |
| 6. | | Documents Mutually Explanatory |
| 7. | (1) | Custody of Drawings |
| | (2) | One copy of Drawings to be kept on Site |
| 8. | | Further Drawings and Instructions |
| | | GENERAL OBLIGATIONS |
| 9. | | Contract Agreement |
| 10. | | Sureties |
| 11. | | Inspection of Site |
| 12. | (1) | Sufficiency of Tender |
| | (2) | Adverse Physical Conditions and Artificial Obstructions |
| 13. | | Work to be to Satisfaction of Engineer |
| 14. | | Programme to be Furnished |
| 15. | | Contractor's Superintendence |
| 16. | | Contractor's Employees |
| 17. | | Setting-Out |
| 18. | | Boreholes and Exploratory Excavation |
| 19. | | Watching and Lighting |
| 20. | (1) | Care of Works |
| | (2) | Excepted Risks |
| 21. | | Insurance of Works, etc. |
| 22. | (1) | Damage to Persons and Property |
| | (2) | Indemnity by Employer |
| 23. | (1) | Third Party Insurance |
| | (2) | Minimum Amount of Third Party Insurance |
| 24. | (1) | Accident or Injury to Workmen |
| | (2) | Insurance against Accident, etc., to Workmen |
| 25. | | Remedy on Contractor's Failure to Insure |
| 26. | | Giving of Notices and Payment of Fees |
| | | Compliance with Statutes, Regulation, etc. |
| 27. | | Fossils, etc. |
| 28. | | Patent Rights and Royalties |
| 29. | | Interference with Traffic and Adjoining Properties |

290

CONDITIONS OF CONTRACT - TABLE OF CONTENTS (CONT'D)

Clause Nos.

GENERAL OBLIGATIONS

30. (1) Extraordinary Traffic
(2) Special Loads
(3) Settlement of Extraordinary Traffic Claims
(4) Waterborne Traffic
31. Opportunities for other Contractors.
32. Supply of Plant Material and Labour
33. Clearance of Site on Completion

LABOUR

34. (1) Fair Wages
(2) Expatriate Labour
(3) Accidents
(4) Observance by Sub-Contractors
(5) Workmen's Compensation
35. Returns of Labour, etc.

WORK MATERIALS AND PLANT

36. (1) Quality of Materials and Workmanship and Tests
(2) Cost of Samples
(3) Cost of Tests
(4) Costs of Tests not provided for, etc.
37. Access to Site
38. (1) Examination of Work before Covering Up
(2) Uncovering and Making Openings
39. (1) Removal of Improper Work and Materials
(2) Default of Contractor in Compliance
40. (1) Suspension of Works
(2) Suspension Lasting more than 90 days

COMMENCEMENT TIME AND DELAYS

41. Commencement of Works
42. (1) Possession of Site
(2) Wayleaves, etc.
43. Time for Completion
44. Extension of Time for Completion
45. No Night or Sunday Work
46. Rate of Progress
47. (1) Liquidated Damages for Delay
(2) Reduction of Liquidated Damages
48. Certificate of Completion of Works

MAINTENANCE AND DEFECTS

49. (1) Definition of 'Period of Maintenance'
(2) Execution of Work of Repair, etc.
(3) Cost of Execution of Work of Repair, etc.
(4) Remedy on Contractor's Failure to Carry Out Work Required
50. Contractor to Search

ALTERATIONS ADDITIONS AND OMISSIONS

51 (1) Variations
(2) Orders for Variations to be in Writing

291

CONDITIONS OF CONTRACT - TABLE OF CONTENTS (CONT'D)

Clause Nos.

ALTERATIONS, ADDITIONS AND OMISSIONS

52. (1) Valuation of Variations
(2) Power of Engineer to Fix Rates
(3) Variations exceeding 15 per cent
(4) Daywork
(5) Claims

PROPERTY IN MATERIALS AND PLANT

53. (1) Plant etc., the Property of the Employer - Definitions
(2) Vesting of Certain Plant
(3) Conditions of Hire of Certain Plant
(4) Costs of Purposes of Clause 63
(5) Contractor's Certificate as to Hiring Provisions
(6) Hire Purchase Payment by Employer
(7) Irremovability of Certain Plant
(8) Revesting and Removal of Plant
(9) Liability for Loss or Injury to Plant
(10) Incorporation of Clause in Sub-Contracts
54. No approval by Vesting

MEASUREMENT

55. Quantities
56. Works to be Measured
57. Method of Measurement

PROVISIONAL AND PRIME COST SUMS

58. (1) Provisional Sums
(2) Prime Cost Items
(3) Use of Provisional and Contingency Items
(4) Production of Vouchers, etc.
(5) Cash Discount
(6) Assignment of Sub-Contractor's Obligations

59. (1) Nominated Sub-Contractors
(2) Payments to Nominated Sub-Contractors

CERTIFICATES AND PAYMENT

60. (1) Monthly Payments
(2) Payment of Retention Money
(3) Time of Payment
(4) Correction and Withholding of Certificates
61. Approval only by Maintenance Certificate
62. (1) Maintenance Certificate
(2) Cessation of Employer's Liability
(3) Unfulfilled Obligations

REMEDIES AND POWERS

63. (1) Forfeiture
(2) Valuation at Date of Forfeiture
(3) Payment after Forfeiture
64. Urgent Repairs.

292

CONDITIONS OF CONTRACT - TABLE OF CONTENTS (CONT'D)

| Clause Nos. | | |
|---|---|---|
| | | SPECIAL RISKS |
| 65. | (1) | No Liability for War etc., Risks |
| | (2) | Damage to Works etc., by Special Risks |
| | (3) | Projectile Missiles etc. |
| | (4) | Increased Costs Arising from Special Risks |
| | (5) | Outbreak of War |
| | (6) | Removal of Plant on Determination |
| | (7) | Payment if Contract Determined |
| | | FRUSTRATION |
| 65A | | Payment in Event of Frustration |
| | | SETTLEMENT OF DISPUTES |
| 66 | | Settlement of Disputes - Arbitration |
| | | NOTICE |
| 67. | (1) | Service of Notices on Contractor |
| | (2) | Service of Notices on Employer |
| | | DEFAULT OF EMPLOYER |
| 68. | | Default of Employer |
| | | SPECIAL CONDITIONS |
| 69. | | Contract to be a Nigerian Contract |
| 70 | | Currency for Payment |
| 71 | (1) | Income Tax |
| | (2) | Income Tax payable by Staff |
| 72. | (1) | Landing Charges |
| | (2) | Variation in Customs Rates |
| 73. | (1) | Variation of Price - Materials |
| | (2) | Variation of Price - Labour |
| | (3) | Variation of Price - Sub-Contractor's Labour |
| | (4) | Variation of Price - Overheads |
| | (5) | Change in Government Labour Categories |
| 74. | (1) | Temporary Advances on Constructional Plant |
| | (2) | Advances on Hire Purchase Plant |
| | (3) | Values of Plant |
| | (4) | Repayment of Advances on Plant |
| | (5) | Returns for Advances |
| | (6) | Temporary Advances for Materials on Site |
| 75. | | Interim Certificates |
| 76. | | Application of Insurance Money |
| 77. | | Government Regulations |
| 78. | | Native Customs |
| 79. | | Members of Government etc., not Personally Liable |
| 80. | | Contractor not to employ F.M.W.H. Employees |
| 81. | | Gifts, Inducements and Awards |
| 82. | | Arms and Ammunition |
| 83. | | Prevention of Nuisance |
| 84. | | Preservation of Peace |
| 85. | | Sanitation |
| 86. | | First-Aid and Life-Saving Apparatus |
| 87. | | Pollution of Waterways |

CONDITIONS OF CONTRACT - TABLE OF CONTENTS (CONT'D)

Clause Nos.

SPECIAL CONDITIONS

88. Seasonal Variation of River Levels
89. Damage by Fire and Flood
90. Contractor to keep open Roads etc.
91. Safety of Public
92. Compensation
93. Encroachment on Public or Private Property
94. (1) Storage Space
(2) Storage of Materials
95. Materials to Comply with B.S.S.
96. Materials Supplied by the Employer
97. Assistance to Resident Engineer
98. Water and Electricity Supply
99. Explosives and Blasting
100. Temporary Works
101. Removal of Sunken Plant
102. Materials and Other Objects Obtained in Excavations
103. Survey Beacons
104. Photographs
105. Official Visitors
106. Programme and Progress Charts
107. Clearance of Site
108. Working Space
109. Taking over of Completed Works and Repayment of Retention Monies

CONDITIONS OF CONTRACT

INDEX

| | CLAUSE | |
|---|---|---|
| Access to Site | 37. | |
| Access, Contractor to satisfy himself | 11. | |
| Accident or injury to workmen - insurance against | 24. | (2) |
| Accident or injury to workmen - liability for | 24. | (2) |
| Accidents | 34. | (3) |
| Accommodation outside the Site - Contractor to provide | 42. | (2) |
| Advances, Temporary | 74. | |
| Adverse physical conditions and artificial obstructions | 12. | |
| Agent of Contractor | 15. | |
| Agreement | 9. | |
| Alterations, additions and omissions | 51 & 52 | |
| Ambiguities in contract documents | 6. | |
| Application of insurance money | 76. | |
| Arbitration | 66. | |
| Arms and Amunition | 82. | |
| Assignment of Contract | 3. | |
| Assistance to Resident Engineer | 97. | |
| Bankruptcy of Contractor | 63. | (1) |
| Bills of Quantities - estimated only | 55. | |
| Bond | 10. | |
| Boreholes and exploratory excavation | 18. | |
| Care of Works | 20. | (1) |
| Cash Discount | 58. | (5) |
| Certificate, Maintenance | 62. | (1) |
| Certificate of completion of Works | 48. | |
| Claims for extra or additional work or expense | 52. | (4) |
| Clearance of Site on completion | 33 & 107 | |
| Commencement of Works | 41. | |
| Compensation | 92. | |
| Completion of Works, time for | 43. | |
| Compliance with Statutes, Regulations, etc. | 26 & 77 | |
| Completion of Works, time for, extension of | 44. | |
| Constructional Plant, insurance of | 21. | |
| Contingency items | 58. | (3) |
| Contract, Extent of | 5. | |
| Contractor's employees | 16. | |
| Contractor's superintendence | 15. | |
| Contractor not to employ employees of F.M.W.H. | 80. | |
| Contractor to keep open roads, etc. | 90. | |
| Contractor to search | 50. | |
| Correction and withholding of Certificates | 60. | (4) |
| Covering up work, examination before | 38. | (1) |
| Crops, damage to | 22. | (1) |
| Currency for payment | 70. | |
| Customs rates, variation in | 72. | (2) |
| Damage by Fire and Flood | 89. | |
| Damage to Persons and Property | 22. | (1) |
| Damage to Works | 20. | (1) & |
| | 65. | (2) |
| Damages, liquidated | 47. | |
| Daywork | 52 | (3) |
| Default of Employer | 68. | |
| Defective materials and work | 39 & 49 | (2)(3) |
| Defects, Contractor to search for, if required | 50. | |

| INDEX TO CONDITIONS OF CONTRACT (CONT'D). | CLAUSE | |
|---|---|---|
| Definitions | 1. | |
| Delay, liquidated damages for | 47. | |
| Determination of Contract | 65 & 68 | |
| Discount, cash | 58. | (5) |
| Discrepancies in documents | 6. | |
| Dismissal of Contractor's employees | 16. | (2) |
| Documents mutually explanatory | 6. | |
| Double Shifts | 45. | |
| Drawings | 7 & 8 | |
| | | |
| Electricity supply | 99. | |
| Encroachment on public or private property | 93. | |
| Engineer's Representative, duties and powers of | 2. | |
| Errors in setting-out | 17. | |
| Examination of work before covering up | 38. | (1) |
| Excepted risks. | 20. | (2) |
| Expatriate labour | 34. | (2) |
| Explosives and Blasting | 99. | |
| Extension of time, due to Employer's failure to give possession of Site. | 42. | (1) |
| Extension of time for completion | 44. | |
| Extent of Contract | 5. | |
| Extraordinary traffic. | 30. | |
| | | |
| Failure to insure - Remedy on | 25. | |
| Fair wages | 34. | |
| Faulty work, removal of | 39. | (1) |
| Fees and Notices | 26. | |
| Fencing, watching, lighting, etc. | 19. | |
| Fire and Flood, damage by | 89. | |
| First aid and Life-saving apparatus | 86. | |
| F.M W.H. Employees | 80. | |
| Forfeiture | 63. | (1) |
| Fossils, etc. | 27. | |
| Foundations, examination of | 38. | |
| Frustration | 65A | |
| | | |
| Gifts, Inducements and awards | 81. | |
| Giving of Notices - Payment of fees | 26. | |
| Government Regulations | 77. | |
| Guarantee of Insurance Company or Bank | 10. | |
| | | |
| Improper Work and Materials | 39. | |
| Income Tax | 71. | |
| Indemnity by Contractor | 22. | (1) |
| Indemnity by Employer | 22 | (2) & |
| | 65. | (1) |
| | | |
| Injury to Persons - Damage to property | 22. | |
| Interim Certificates | 60 | (1) & 75 |
| Inspection and testing of Materials and Workmanship | 36. | |
| Inspection of Foundations, etc. | 38. | (1) |
| Inspection of Site by Contractor | 11. | |
| Instructions of Engineer | 13. | |
| Insurance of works, etc. | 21. | |
| Insurance - Third Party | 23. | |
| Insurance - Workmen | 24. | (2) |
| Insurance money, application of | 76. | |
| Interference with traffic and adjoining properties | 29. | |

296

INDEX TO CONDITIONS OF CONTRACT (CONT'D)

| | Clause | |
|---|---|---|
| Labour | 16. | |
| Landing Charges | 72 | (1) |
| Lighting, Fencing, Watching etc. | 19. | |
| Liquidated damages for delay | 47. | |
| Maintenance | 49. | |
| Maintenance Certificate | 61 & 62 | |
| Materials - no approval of by vesting under clause 53 | 54. | |
| Materials - improper, removal of | 39. | |
| Materials - quality of | 36 | (1) |
| Materials - supply of | 32. | |
| Materials and other objects obtained in excavations | 102. | |
| Materials supplied by the Employer | 96. | |
| Materials to comply with B.S.S. | 95. | |
| Measurement by Engineer | 56. | |
| Measurement, method of | 57. | |
| Measurement, quantities estimated only | 55. | |
| Members of Government not personally liable | 79. | |
| Monthly Payments | 60 | (1) & 75 |
| Native Customs | 78 | |
| Nigerian Contract | 69. | |
| Night and Sunday work | 45. | |
| No approval by vesting | 54. | |
| Nominated Sub-Contractors | 59. | (1) |
| Notices, service of | 67. | |
| Notices and fees, payment of | 26. | |
| Nuisance, prevention of | 83. | |
| Observance by Sub-Contractors | 34. | (4) |
| Official Visitors | 105. | |
| Omissions, alterations and additions | 51. | |
| Openings, uncovering and making | 38. | (2) |
| Order of work, Contractor to furnish programme | 14. | |
| Other Contractors, opportunities for | 31. | |
| Patent rights and royalties | 28. | |
| Peace, preservation of | 84. | |
| Period of maintenance | 49. | |
| Photographs | 104. | |
| Plant, supply of | 32. | |
| Pollution of Waterways | 87. | |
| Possession of Site | 42. | (1) |
| Power of Engineer to fix rates | 52 | (2) |
| Preservation of peace | 84. | |
| Prevention of nuisance | 83. | |
| Prime Cost Items | 58. | (2) |
| Production of vouchers | 58 | (4) |
| Programme to be furnished | 14. | |
| Programme and progress charts | 106. | |
| Progress, rate of | 46. | |
| Property in Materials and Plant | 53. | |
| Provisional Sums | 58. | (1) |
| Quality of Materials and Workmanship | 36. | (1) |
| Quantities | 55. | |
| Rate of progress | 46. | |
| Rates, power of Engineer to fix | 52. | (2) |
| Regulations, Statutes, etc., compliance with | 77. | |

297

INDEX TO CONDITIONS OF CONTRACT (CONT'D)

| | Clause | |
|---|---|---|
| Remedy on Contractor's failure to insure | 25. | |
| Removal of improper work and materials | 39. | |
| Removal of Contractor's employees | 16. | (2) |
| Removal of sunken plant | 101. | |
| Retention money, payment of | 60. | (2) & 109 |
| Return of supervisory staff and labour | 35. | |
| Risks, excepted | 20. | (2) |
| River levels, seasonal variation of | 88. | |
| Roads, etc., damage by extraordinary traffic | 30. | |
| Roads, interference with access to | 29. | |
| Roads to be kept open | 90. | |
| Rotary shifts | 45. | |
| Royalties and patent rights | 28. | |
| Rubbish, removal of | 33. | |
| Safety of public | 91. | |
| Sanitation | 85. | |
| Seasonal variation of river levels | 88. | |
| Setting-Out | 17. | |
| Settlement of disputes - Arbitration | 66. | |
| Site, clearance on completion | 33. | |
| Site, possession of | 42. | (1) |
| Special Risks | 65. | |
| Statutes, regulations, etc., compliance with | 26. | |
| Storage space | 94. | |
| Sub-Contractors, nominated | 59. | |
| Sub-Contractors, responsibility of the Contractor for acts and defaults of | 4. | |
| Sub-letting | 4. | |
| Sufficiency of Tender | 12. | |
| Sunday and Night work | 45. | |
| Sunken plant, removal of | 102. | |
| Supply of plant, materials and labour | 5 & 32 | |
| Sureties | 10. | |
| Survey Beacons | 103. | |
| Suspension of works | 40. | |
| Taking over completed works | 109. | |
| Temporary advances on plant and materials | 74. | |
| Temporary works | 100. | |
| Temporary works, insurance of | 21. | |
| Tender, sufficiency of | 12. | |
| Tests | 36. | |
| Third party insurance | 23. | |
| Time for completion | 43. | |
| Time for completion, extension of | 44. | |
| Time for payment | 60. | (3) |
| Traffic extraordinary | 30. | |
| Traffic, interference with | 29. | |
| Uncovering work and making openings | 38. | (2) |
| Unfulfilled obligations | 49. | (3) |
| Urgent repairs | 64. | |
| Variations | 51. | |
| Variations in customs rates | 72. | (3) |
| Variations in price | 73. | |
| Variations, valuation of | 52. | |
| Visitors - official | 106. | |
| Vouchers, production of | 58 | (4) |

298

INDEX TO CONDITIONS OF CONTRACT (CONT'D)

| | Clause | |
|---|---|---|
| War, outbreak of | 65. | (1) |
| Watching and Lighting | 19. | |
| Water and Electricity supply | 98. | |
| Wayleaves etc. | 42 | (2) |
| Work, examination of before covering up | 38 | (1) |
| Work, improper, removal of | 39. | |
| Work, suspension of | 40. | |
| Work to be to satisfaction of Engineer | 13. | |
| Working space | 108. | |
| Workmen's compensation | 34. | (5) |
| Workmanship, quality of | 36. | |
| Works, care of | 20. | (1) |
| Works, certificate of completion of | 62. | (1) |
| Works, commencement of | 41. | |
| Works, insurance of | 21. | |
| Works, time for completion of | 43. | |
| Works to be measured | 56. | |

CONDITIONS OF CONTRACT

GENERAL CONDITIONS

DEFINITIONS AND INTERPRETATION

Definitions

1. (1) In the Contract (as hereinafter defined) the following words and expressions shall have the meanings hereby assigned to them except where the context otherwise requires:-

(a) "Employer" means The Government of The Federal Republic of Nigeria and includes the Employer's personal representative or successors.

(b) "Contractor" means the person or persons firm or company whose tender has been accepted by the Employer and includes the Contractor's personal Representative, successors and permitted assigns.

(c) "Engineer" means The Director of Federal Public Works in The Ministry of Works and Housing of The Government of The Federal Republic of Nigeria, or such other person as may from time to time be appointed to act in that capacity or under him as his personal representative duly appointed for this Contract. Provided always that:-

(I) Due notice of any change in such appointment shall always be given to the Contractor, and

(II) No person subsequently appointed shall be entitled to disregard or over-rule any decisions, directions or instructions given in writing by the previous holder of that office unless under the terms of this Contract such previous holder would have been entitled to disregard or over-rule his decision, direction or instruction.

(d) "Engineer's Representative" means any resident Engineer or assistant of the Engineer or any clerk of works appointed from time to time by the employer or the Engineer to perform the duties set forth in clause 2 thereof whose authority shall be notified in writing to the Contractor by the Engineer

(e) "Works" means the works to be executed in accordance with the Contract and as specified.

(f) "Contract" means and includes the following documents, the Tender Agreement, Bond, Conditions of Contract, Specification, Priced Bill of Quantities, Schedules and Drawings.

(g) "Contract Price" means the sum named in the tender subject to such additions thereto or deductions therefrom as may be made under the provisions hereinafter contained.

380

(h) "Constructional Plant" means all appliances or things of whatsoever nature required in or about the execution, completion or maintenance of the works or temporary works (as hereinafter defined) but does not include materials or other things intended to form or forming part of the permanent work.

(i) "Temporary Works" means all temporary works of every kind required in or about the execution, completion or maintenance of the works.

(j) "Drawings" means the drawings referred to in the schedule and specification and any modification of such drawings approved in writing by the Engineer and such other drawings as may from time to time be furnished or approved in writing by the Engineer.

(k) "Site" means the lands and other places on, under, in, or through which the works are to be executed or carried out and any other lands or places provided by the Employer for the purposes of the Contract.

(l) "Approved" means approved in writing including subsequent written confirmation of previous verbal approval and "Approval" means approval in writing including as aforesaid.

Singular and Plural

(2) Words importing the singular only also include the plural and vice versa where the context requires.

Marginal Headings or Notes

(3) The marginal headings or notes in these conditions shall not be deemed to be part thereof or be taken into consideration in the interpretation or construction thereof or of the Contract.

ENGINEER'S REPRESENTATIVE

Duties and Powers of Engineer's Representative

2. The duties of the Engineer's Representative are to watch and supervise the works and to test and examine any materials to be used, or workmanship employed in connection with the works. He shall have no authority to relieve the Contractor of any of his duties, or obligations under the Contract, nor, except as expressly provided hereunder or elsewhere in the Contract to order any work involving delay or any extra payment by the Employer nor to make any variation of or in the works.

The Engineer may from time to time in writing delegate to the Engineer's Representative any of the powers and authorities vested in the Engineer and shall furnish to the Contractor a copy of all such written delegations of powers and authorities. Any written instructions or approval given by the Engineer's Representative to the Contractor within the terms of such delegation (but not otherwise) shall bind the Contractor and the Employer as though it had been given by the Engineer. Provided always as follows.-

(a) Failure of the Engineer's Representative to disapprove any work or materials shall not prejudice the power of the Engineer thereafter to disapprove

such work or materials and to order the pulling down, removal, or breaking up thereof.

(b) If the Contractor shall be dissatisfied by reason of any decision of the Engineer's Representative he shall be entitled to refer the matter to the Engineer who shall thereupon confirm, reverse or vary such decision.

ASSIGNMENT AND SUB-LETTING

Assignment

3. The Contractor shall not assign the Contract or any part thereof or any benefit or interest therein or thereunder (other than a charge in favour of the Contractor's bankers of any monies due or to become due under this Contract) without the prior written consent of the Employer.

Sub-Letting

4. The Contractor shall not sub-let the whole of the works. Except where otherwise provided by the Contract the Contractor shall not sub-let any part of the works without the prior written consent of the Engineer (which shall not be unreasonably withheld) and such consent if given shall not relieve the Contractor from any liability or obligation under the Contract and he shall be responsible for the acts, defaults and neglects of any Sub-Contractor, his agents, servants or workmen as fully as if they were the acts, defaults or neglects of the Contractor, his agents, servants or workmen. Provided always that the provision of labour on a piecework basis shall not be deemed to be a sub-letting under this clause.

EXTENT OF CONTRACT

Extent of Contract

5. The Contract comprises the construction, completion and maintenance of the works and except in so far as the Contract otherwise provides the provision of all labour materials, Constructional Plant, temporary works and everything whether of temporary or permanent nature required in and for such construction, completion and maintenance so far as the necessity for providing the same is specified in or reasonably to be inferred from the Contract.

CONTRACT DOCUMENTS

Documents Mutually Explanatory

6. The several documents forming the Contract are to be taken as mutually explanatory of one another and in case of ambiguities or discrepancies the same shall be explained and adjusted by the Engineer who shall thereupon issue to the Contractor instructions directing in what manner the work is to be carried out. Provided always that if in the opinion of the Engineer compliance with any such instructions shall involve the Contractor in any expense which by reason of any such ambiguity or discrepancy the Contractor did not and had reason not to anticipate the Engineer shall certify and the Employer shall pay such additional sum as may be reasonable to cover such expense.

Custody of Drawings

7. (1) The drawings shall remain in the sole custody of the Engineer but two copies thereof shall be furnished to the Contractor free of cost. The Contractor shall provide or make at his own expense any further copies required by him. At the completion of the Contract the Contractor shall return to the Engineer all drawings provided under the Contract.

The Contactor shall give adequate notice in writing to the Engineer or the Engineer's Representative of any further drawing or specification that may be required for the execution of the works or otherwise under the Contract.

One Copy of Drawings to be kept on Site

(2) One copy of the drawings furnished to the Contractor as aforesaid shall be kept by the Contractor on the site and the same shall at all reasonable times be available for inspection and use by the Engineer and the Engineer's Representative and by any other person authorised by the Engineer in writing.

Further Drawings and Instructions

8. The Engineer shall have full power and authority to supply to the Contractor from time to time during the progress of the works such further drawings and instructions as shall be necessary for the purpose of the proper and adequate execution and maintenance of the works and the Contractor shall carry out and be bound by the same.

GENERAL OBLIGATIONS

Contract Agreement

9. The Contractor shall when called upon so to do enter into and execute a Contract Agreement (to be prepared at the cost of the Employer) in the form annexed with such modifications as may be necessary.

Sureties

10. If the tender shall contain an undertaking by the Contractor to provide when required the guarantee of an Insurance Company or Bank to be bound with the Contractor to the Employer in a sum not exceeding 10 per cent of the Tender Sum for the due performance of the Contract under the terms of a bond the said Insurance Company or Bank and the terms of the same bond shall be such as shall be approved by the Employer and the obtaining of such guarantee and the cost of the bond to be so entered into shall be at the expense in all respects of the Contractor unless the Contract otherwise provides.

The original of the bond shall be lodged with the Employer before the commencement of the works and shall remain with the Employer until the Engineer has issued a certificate of completion for the whole of the works.

Inspection Site

11. The Contractor shall inspect and examine the Site and its surroundings and shall satisfy himself before submitting his tender as to the nature of the ground and sub-soil (so far as is practicable) the form and nature of the Site, the quantities and nature of the work and materials necessary for the completion of the works and the means of access to the Site, the accommodation he may require and in general shall himself obtain all necessary information (subject as above-mentioned) as to risks contingencies and other circumstances which may influence or affect his tender.

Sufficiency of Tender

12. (1) The Contractor shall be deemed to have satisfied himself before tendering as to the correctness and sufficiency of his tender for the works and of the rates and prices stated in the priced Bill of Quantities and the Schedule of Rates and prices which rates and prices shall except in so far as it is otherwise provided in the Contract cover all his obligations under the Contract and all matters and things necessary for the proper completion and maintenance of the works.

303

Adverse Physical Conditions and Artificial Obstructions

(2) If however during the execution of the works unfavourable physical conditions (other than weather conditions or conditions due to weather conditions) or artificial obstructions are encountered the Contractor shall forthwith give written notice thereof to the Engineer's Representative and if (in either case) such conditions could not in the opinion of the Engineer have been reasonably forseen by an experienced Contractor then the Engineer shall certify and the Employer shall pay the additional expense to which the Contractor shall have been put by reason of such conditions including the proper and reasonable expense.

(a) of complying with any instruction which the Engineer may issue to the Contractor in connection therewith and

(b) of any proper reasonable measures approved by the Engineer which the Contractor may take in the absense of specific instructions from the Engineer as a result of such conditions being encountered.

Work to be to satisfaction of Engineer

13. Save in so far as it is legally or physically impossible the Contractor shall execute complete and maintain the works in strict accordance with the Contract to the satisfaction of the Engineer and shall comply with and adhere strictly to Engineer's instructions and directions on any matter (whether mentioned in the Contract or not) touching or concerning the works. The Contractor shall take instructions and directions only from the Engineer or (subject to the limitations referred to in clause 2 hereof) from the Engineer's Representative.

Programme to be furnished

14. As soon as practicable after the acceptance of his tender the Contractor shall if required submit to the Engineer for his approval a programme showing the order of procedure and method in which he proposes to carry out the works and shall whenever required by the Engineer or Engineer's Representative furnish for his information particulars in writing of the Contractor's arrangements for the carrying out of the works and of the constructional plant and temporary works which the Contractor intends to supply, use, or construct as the case may be. The submission to and approval by the Engineer or Engineer's Representative of such programme or the furnishing of such particulars shall not relieve the Contractor of any of his duties or responsibilities under the Contract.

Contractor's Superintendence

15. The Contractor shall give or provide all necessary superintendence during the execution of the works and as long thereafter as the Engineer may consider necessary for the proper fulfilling of the Contractor's obligations under the Contract. The Contractor or a competent and authorised agent or representative approved of in writing by the Engineer (which approval may at any time be withdrawn) is to be constantly on the works and shall give his whole time to the superintendence of the same. If such approval shall be withdrawn by the Engineer, the Contractor shall as soon as is practicable (having regard to the requirement or replacing him as hereinafter mentioned) after receiving written notice of such withdrawal remove the agent from the site and shall not thereafter employ him again on the site in any capacity and shall replace him by another agent approved by the Engineer. Such authorised agent or representative shall receive on behalf of the Contractor directions and instructions from the Engineer or (subject to the limitations of clause 2 hereof) the Engineer's Representative.

Contractor's Employees

16. (1) The Contractor shall provide and employ on the Site in connection with the execution and maintenance of the works

(a) only such technical assistants as are skilled and experienced in their respective callings and such sub-agents, foremen, and leading hands as are competent to give supervision to the work they are required to supervise, and

(b) such skilled, semi-skilled and unskilled labour as is necessary for the proper and timely execution and maintenance of the works.

(2) The Engineer shall be at liberty to object to and require the Contractor to remove forthwith from the works any person employed by the Contractor in or about the execution or maintenance of the works who in the opinion of the Engineer misconducts himself or is incompetent or negligent in the proper performance of his duties or whose employment is otherwise considered by the Engineer to be undesirable and such person shall not be again employed upon the works without the written permission of the Engineer. Any person so removed from the works shall be replaced without delay by a competent substitute approved by the Engineer.

(3) The Contractor shall if required by the Engineer deliver to the Engineer or the Engineer's Representative returns in such form and at such intervals as the Engineer may prescribe showing in detail the supervisory staff and the numbers of the several classes of labour from time to time employed by the Contractor on the Site.

Setting-out

17. The Contractor shall be responsible for the true and proper setting out of the works and for the correctness of the position level dimensions and alignment of all parts of the works and for the provision of all necessary instruments, appliances and labour in connection therewith. If at any time during the progress of the works any error shall appear or arise in the position, levels, dimensions, or alignment of any part of the works the Contractor on being required so to do by the Engineer or Engineer's Representative shall at his own expense rectify such error to the satisfaction of the Engineer or Engineer's Representative unless such error is based on incorrect data supplied in writing by the Engineer or the Engineer's Representative in which case the expense of rectifying the same shall be borne by the Employer. The checking of any setting out or of any line or level by the Engineer or the Engineer's Representative shall not in any way relieve the Contractor of his responsibility for the correctness thereof and the Contractor shall carefully protect and preserve all bench-marks, site-rails pegs and other things used in setting out the works.

oreholes nd Exploratory Excavation

18. If at any time during the execution of the works the Engineer shall require the Contractor to make boreholes or to carry out exploratory excavation such requirement shall be ordered in writing and shall be deemed to be an addition ordered under the provisions of Clause 51 hereof unless a provisional sum in respect of such anticipated work shall have been included in the Bill of Quantities.

Watching and Lighting

19. The Contractor shall in connection with the works provide and maintain at his own cost all lights, guards, fencing and watching when and where necessary or required by the Engineer, or Engineer's Representative, or by any duly constituted authority for the protection of the works or for the safety and convenience of the public or others.

Care of Works

20. (1) From the commencement to the completion of the works the Contractor shall take full responsibility for the care thereof and of all temporary works and in case any damage, loss or injury shall happen to the works or to any part thereof or to any temporary works from any cause whatsoever (save and except the excepted risks as defined in sub-clause (2) of this clause) shall at his own cost repair and make good the same so that at completion the works shall be in good order and condition and in conformity in every respect with the requirements of the Contract and the Engineer's instructions. In the event of any such damage, loss or injury happening from any of the excepted risks the Contractor shall if and to the extent required by the Engineer and subject always to the provisions of clause 65 hereof repair and make good the same as aforesaid at the cost of the Employer. The Contractor shall also be liable for any damage to the works occasioned by him in the course of any operations carried out by him for the purpose of complying with his obligations under clause 49 hereof.

Excepted Risks

(2) The "Excepted Risks" are war hostilities (whether war be declared or not) invasion act of foreign enemies, rebellion, revolution, insurrection or military or usurped power, civil war or (otherwise than among the Contractor's own employees) riot, commotion or disorder or use or occupation by the Employer of any portion of the works in respect of which a certificate of completion has been issued or a cause solely due to the Engineer's design of the works or any such operation of the forces of nature as reasonable foresight and ability on the part of the Contractor could not foresee or reasonably provide against (all of which are herein collectively referred to as "the Excepted Risks").

Insurance of Works, etc.

21. Without limiting his obligations and responsibilities under clause 20 hereof the Contractor shall insure in the joint names of the Employer and the Contractor against all loss or damage from whatever cause arising (other than the Excepted Risks) for which he is responsible under the terms of the Contract and in such manner that the Employer and Contractor are covered during the period of construction of the works and are also covered during the period of maintenance for loss or damage arising from a cause occurring prior to the commencement of the period of maintenance and for any loss or damage occasioned by the Contractor in the course of any operations carried out by him for the purpose of complying with his obligations under clause 49 hereof:-

(a) The works and the temporary works to the full value of such works executed from time to time,

(b) The materials, constructional plant and other things brought on to the site by the Contractor to the full value of such materials, constructional plant and other things.

306

Such insurances shall be effected with an insurer and in terms approved by the Employer (which approval shall not be unreasonably withheld) and the Contractor shall whenever required produce to the Engineer or the Engineer's Representative the policy or policies of insurance and the receipts for payment of the current premiums. Provided always that without limiting his obligations and responsibilities as aforesaid nothing in this clause contained shall render the Contractor liable to insure against the necessity for the repair or reconstruction of any work constructed with materials or workmanship not in accordance with the requirements of the Contract.

Damage to Persons and Property

22. (1) The Contractor shall (except if and so far as the specification provides otherwise) indemnify and keep indemnified the Employer against all losses and claims for injuries or damage to any person or any property whatsoever (other than surface or other damage to land being or crops being on the site suffered by tenants or occupiers) which may arise out of or in consequence of the construction and maintenance of the works and against all claims, demands, proceedings, damages, costs, charges, and expenses whatsoever in respect of, or in relation thereto. Provided always that nothing herein contained shall be deemed to render the Contractor liable for or in respect of or to indemnify the Employer against any compensation or damages for or with respect to:-

(a) The permanent use of occupation of land by the works or any part thereof or (save as hereinafter provided) surface or other damage as aforesaid.

(b) The right of the Employer to construct the works or any part thereof on, over, under, in, or through any land.

(c) Interference whether temporary, or permanent, with any right of light, air, way, or water, or other easement or quasi-easement which is the unavoidable result of the construction of the works in accordance with the contract.

(d) Injuries or damage to persons or property resulting from any act or neglect done or committed during the currency of the contract of the Employer, his agents, servants or other Contractors (not being employed by the Contractor) or for or in respect of any claims, demands, proceedings, damages, costs, charges and expenses in respect thereof or in relation thereto.

Provided further that fof the purposes of this clause the expression "The Site" shall be deemed to be limited to the area defined in the specification or shown on the drawings in which land and crops will be disturbed or damaged as an inevitable consequence of the carrying out of the works.

emnity Employer

(2) The Employer will, save harmless and indemnify the Contractor from and against all claims, demands, proceedings, damages, costs, charges and expenses in respect of the matters referred to in the proviso to sub-clause (1) of this clause.

Third Party Insurance

23. (1) Before commencing the execution of the works the Contractor (but without limiting his obligations and responsibilities under clause 22 hereof) shall insure in the joint names of the Contractor and the Employer against any damage, loss or injury which may occur to any property (including that of the Employer) or to any person (including any employee of the Employer) by or arising out of the execution of the works or temporary works or in the carrying out of the contract otherwise than due to the matters referred to in the proviso to clause 22 (1) hereof.

Minimum Amount of Third Party Insurance

(2) Such insurance shall be effected with an insurer and in terms approved by the Employer (which approval shall not be unreasonably withheld) and for at least the amount stated in the Tender and the Contractor shall whenever required produce to the Engineer or the Engineer's Representative, the policy or policies of insurance and the receipts for payment of the current premiums.

(3) The policy or policies of insurance shall include a cross liabilities clause.

Accident or Injury to Workmen

24. (1) The Employer shall not be liable for or in respect of any damages or compensation payable at law in respect or in consequence of any accident or injury to any workman or other person in the employment of the Contractor or any Sub-Contractor save and except an accident or injury resulting from any act or default of the Employer, his agents, or servants and the Contractor shall indemnify and keep indemnified the Employer against all such damages and compensation (save and except as aforesaid) and against all claims whatsoever in respect thereof or in relation thereto.

Insurance against Accidents, etc., to workmen

(2) (a) The Contractor shall insure against such liability with an insurer approved by the Employer (which approval shall not be unreasonably withheld) and shall continue such insurance during the whole of the time that any persons are employed by him on the works and shall when required produce to the Engineer or the Engineer's Representative such policy of insurance and the receipt for payment of the current premium. Provided always that in respect of any persons employed by any Sub-Contractor the Contractor's obligation to insure as aforesaid under this Sub-Clause shall be satisfied if the Sub-Contractor shall have insured against the liability in respect of such persons in such manner that the Employer is indemnified under the policy but the Contractor shall require such Sub-Contractor to produce to the Engineer or the Engineer's Representative when required such policy of insurance and the receipt for payment of the current premium.

(b) The policy or policies of insurance shall be endorsed indemnifying the Employer in the event of any claim being made upon the Employer as principal and arising out of the performance by the Contractor of the contract.

Remedy on Contractor's failure to Insure

25. If the Contractor shall fail to effect and keep in force the insurances referred to in clauses 21, 23 and 24 hereof or any other insurance which he may be required to effect under the terms of the contract then and in any such case the Employer may effect and keep in force any such insurance and pay such premium or premiums as may be necessary for that purpose and from time to time deduct the amount

so paid by the Employer as aforesaid from any monies due or which may become due to the Contractor or recover the same as a debt due from the Contractor.

Giving of Notices and Payment of Fees

26. The Contractor shall give all notices and pay all fees required to be given or paid by or under any Federal or Regional Ordinance or Law or any Regulation or Bye-Law of any local or other statutory authority in relation to the execution of the works or of any temporary works and by the rules and regulations of all public bodies and companies whose property or rights are effected or may be effected in any way by the works or any temporary works.

Compliance with Statutes, Regulations etc.

The Contractor shall conform in all respects with the provisions of any Federal or Regional Ordinance or Law and the Regulations or Bye-Laws of any local or other statutory authority which may be applicable to the Works or to any temporary works, and with such rules and regulations of public bodies and companies as aforesaid and shall keep the Employer indemnified against penalties and liability of every kind for breach of any such Ordinance or Law, Regulation or Bye-Law. The Employer shall repay or allow to the Contractor all such sums as the Engineer shall certify to have been properly payable and paid by the Contractor in respect of such fees and also all rates and taxes paid by the Contractor in respect of the site or any part thereof or anything constructed or erected thereon or on any part thereof or any temporary structures situated elsewhere but used exclusively for the purpose of the works. Provided that the Contractor shall not be responsible for obtaining any planning permission which may be necessary in relation to the works.

ssils c.

27. All fossils, coins, articles of value or antiquity and structures and other remains or things of geological or archaeological interest discovered on the site of the works shall as between the Employer and the Contractor be deemed to be the absolute property of the Employer and the Contractor shall take reasonable precautions to prevent his workmen or any other persons from removing or damaging any such article or thing and shall immediately upon discovery thereof and before removal acquaint the Engineer's Representative of such discovery and carry out at the expense of the Employer the Engineer's Representative's orders as to the disposal of the same.

ent hts and alties

28. The Contractor shall save harmless and indemnify the Employer from and against all claims and proceedings for or on account of infringement of any patent rights, design, trademark or name or other protected rights in respect of any constructional plant machine work or material used for or in connection with the works or temporary works or any of them and from and against all claims, demands, proceedings, damages, costs, charges and expenses whatsoever in respect thereof or in relation thereto. Except where otherwise specified the Contractor shall pay all tonnage and other royalties, rent and other payments or compensation (if any) for getting stone, sand, gravel, clay, or other materials required for the works or temporary works, or any of them.

rference Traffic Adjoining erties

29. All operations necessary for the execution of the works and for the construction of any temporary works shall so far as compliance with the requirements of the contract permits be carried on so as not to interfere unnecessarily or improperly with the public convenience or the access to use and

occupation of public or private roads and footpaths or to or of properties whether in the possession of the Employer or of any other person and the Contractor shall save harmless and indemnify the Employer in respect of all claims, demands, proceedings, damages, costs, charges and expenses whatsoever arising out of or in relation to any such matters.

xtraordinary raffic

30. (1) The Contractor shall use every reasonable means to prevent any of the highways or bridges communicating with or on the routes to the Site from being damaged or injured within the meaning of road traffic ordinances. No. 43/1947 as subsequently amended, and any order or regulation made thereunder by any traffic of the Contractor or any of his Sub-Contractors and in particular shall select routes choose and use vehicles and restrict and distribute loads so that any such extraordinary traffic as will inevitably arise from the moving of plant and material from and to the site shall be limited as far as reasonably possible and so that no unnecessary damage or injury may be occasioned to such highways and bridges.

pecial oads

(2) Should it be found necessary for the Contractor to move one or more loads of Constructional Plant, machinery or preconstructed units or parts of units of work over part of a highway or bridge the moving whereof is likely to damage any highway or bridge unless special protection or strengthening is carried out then the Contractor shall before moving the load on to such highway or bridge give notice to the Engineer or Engineer's Representative of the weight and other particulars of the load to be moved and his proposals for protecting or strengthening the said highway or bridge. Unless within fourteen days of the receipt of such notice the Engineer shall by counter-notice direct that such protection or strengthening is unnecessary then the Contractor will carry out such proposals or any modification thereof that the Engineer shall require and only if there is an item or are items in the Bill of Quantities for pricing by the Contractor of the necessary works for the protection or strengthening aforesaid the costs and expenses thereof shall be paid by the Employer to the Contractor.

ttlement of traordinary affic Claims

(3) If during the carrying out of the works or at any time thereafter the Contractor shall receive any claim arising out of the execution of the works in respect of damage or injury to highways or bridges he shall immediately report the same to the Engineer and thereafter the Employer shall negotiate the settlement of and pay all sums due in respect of such claim and shall indemnify the Contractor in respect thereof and in respect of all claims, demands, proceedings, damages, costs, charges and expenses in relation thereto provided always that if and so far as any such claims or part thereof shall in the opinion of the Engineer be due to any failure on the part of the Contractor to observe and perform his obligations under sub-clauses (1) and (2) of this clause then the amount certified by the Engineer to be due to such failure shall be paid by the Contractor to the Employer.

erborne ffic

(4) Where the nature of the works is such as to require the use by the Contractor of waterborne transport the foregoing provisions of this clause shall be construed as though "highway" included a lock, dock, sea wall, or other structure related to a waterway and "vehicle" included craft, and shall have effect accordingly.

310

Opportunities for other Contractors

31. The Contractor shall, in accordance with the requirement of the Engineer, afford all reasonable opportunities for carrying out their work to any other Contractors employed by the Employer and their workmen and to the workmen of the Employer and of any other duly constituted authorities who may be employed in the execution on or near the Site of any work not included in the Contract or any Contract which the Employer may enter into in connection with or ancillary to the works.

Supply of Plant Material and Labour

32. Except where otherwise specified the Contractor shall at his own expense, supply and provide all the Constructional Plant, temporary works materials both for temporary and for permanent works, labour (including the supervision thereof) transport to or from the Site and in and about the works and other things of every kind required for the contruction, completion and maintenance of the works.

Clearance of Site on Completion

33. On the completion of the works the Contractor shall clear away and remove from the Site all Constructional Plant, surplus materials, rubbish and temporary works of every kind and leave the whole of the Site and works clean and in a workmanlike condition to the satisfaction of the Engineer.

LABOUR

Fair Wages

34. (1) The Fair Wages clause as defined in Appendix to Circular No. 57/1946 of 30th August, 1946, a printed copy of which is shown as follows, shall be held to apply to this Contract:-

APPENDIX TO CIRCULAR NO.57/1946 OF 30.8.46

The Contractor shall pay rates of wages and observe hours and conditions of labour not less favourable than those established in the trade or industry in the district where the work is carried out, by agreement, machinery of negotiation, or arbitration to which the parties are organisations of Employers and trade union representatives respectively of substantial proportions of the Employers and workers engaged in the trade or industry in the district (hereinafter referred to as "established rates and conditions" or failing such established rates and conditions in the trade or industry in the district, established rates and conditions in other districts where the trade or industry is carried on under similar general circumstances.

B. In the absence of any established rates and conditions as defined in Section A, the Federal Ministry of Labour and Welfare shall after consultation with representatives of employers and workers prepare and furnish a schedule setting forth fair and reasonable rates and conditions to be observed in the execution of the Contract, having regard to established rates and conditions in respect of persons employed in a similar capacity and in general circumstances similar to those of the persons engaged on the Contract, or failing such established rates and conditions any fair standards of Rates and Conditions commonly recognised in respect of persons employed in a similar capacity and in similar general circumstances.

C. Before being placed on any list of Government Contractors or being allowed to tender for Government Contracts, the Contractor shall certify that to the best

311

of his knowledge and belief the wages, hours of work and conditions of labour of all workpeople employed by him in the trade or industry in which he is offering himself as a Contractor are fair and reasonable having regard to provisions of Section 'A' of this order.

D. In the event of any difference or dispute arising as to what wages ought to be paid, or what hours or other working conditions ought to be observed in accordance with the requirements of Section A, it shall if not otherwise disposed of, be referred by the Federal Ministry of Labour and Welfare to an independent tribunal for decision. In arriving at its decision the tribunal, in the absence of any established rates and Conditions in the trade or industry concerned as specified in Section A, shall have regard to any agreement, custom, practice or award that may be brought to its notice relating to the wages, hours or conditions of labour or persons employed in a capacity similar to that of the persons to whom the difference or dispute relates in trades or industries carried on under similar general circumstances.

E. The Contractor shall keep proper wages books and time sheets showing the wages paid to and time worked by the workmen in and about the execution of the Contract, and he shall be bound, whenever required, to produce such wages books and time sheets for the inspection of any person authorised by the Federal Ministry of Labour and Welfare

F (I) The Contractor shall be prohibited from subletting unless the approval of the responsible officer of the Contracting Department is obtained.

(II) A Sub-Contractor shall be bound in all cases to conform to the conditions of the main Contract and the main Contractor shall be responsible for the observance of all Contract Conditions on the part of Sub-Contractors.

(III) The Contractor shall not transfer or assign a Contract or portion thereof without the written permission of the responsible officer of the Contracting Department.

(IV) No portion of the work to be performed on a Contract shall be done at the homes of the workpeople, except in so far as work is so performed by practice or custom.

G. Contractors and Sub-Contractors shall recognise the freedom of their workpeople to be members of registered trade unions.

H. A Contractor shall not be entitled to payment of any money which would otherwise be payable under the terms of Contract in respect of the work and labour performed in the execution of the Contract unless and until he shall have filed; together with his claim for payment, a certificate showing:-

(I) The rates and wages and hours of labour of the various classes of workmen employed in the execution of the Contract.

(II) Whether any wages in respect of the said work and labour remain in arrears, and

(III) That all the labour conditions of the Contract have been duly complied with.

I. The Contractor shall also from time to time furnish to the Federal Ministry of Labour and Welfare such further detailed information and evidence as the Ministry may deem necessary in order to satisfy them that the conditions of this order have been complied with.

J. In the event of default being made in payment of any money in respect of wages of any workmen employed on the Contract and if a claim thereafter is filed in the office of the Federal Ministry of Labour and Welfare and proof thereof satisfactory to the Ministry shall forthwith notify the Contracting Ministry and may, failing payment by the Contractor, arrange for the payment of such claim out of the monies at any time payable under the said Contract and the amount so paid shall be deemed payments to the Contractor.

K. Any Contractor or Sub-Contractor who is found to be in breach of this order shall cease to be approved as a Contractor or Sub-Contractor for such period as the Federal Ministry of Labour and Welfare may determine.

[e]triate [l]our

(2) The Contractor shall make his own arrangements for the engagement of expatriate labour, if required, and for the housing, health, welfare and repatriation of the same and shall conform in all respects with the conditions and requirements of the Immigration Ordinance Chapter 89 Vol. III of the laws of Nigeria, and all amendments thereto and the procedure as explained in Section 12 of the Nigeria Handbook of Commerce and Industry 1954 pages 121 to 122 and as subsequently amended.

[Acc]idents

(3) The Contractor shall within 24 hours of the occurrence of any accident at or about the site or in connection with the execution of the work report such accident to the Engineer's Representative. The Contractor shall also report such accidents to the competent authority whenever such report is required by law.

[Obs]ervance [S]ub-[Con]tractor

(4) The Contractor shall be responsible for the observance by Sub-Contractors employed by him in the execution of this Contract of the provisions of this clause.

[Wor]kmen's [Comp]ensa-[tio]n

(5) The Contractor shall observe the conditions of the Workmen's Compensation Ordinance Chapter 234 of the Laws of Nigeria as revised in 1948 and any regulations (as amended) made thereunder, providing for the payment of compensation by Employers to workmen (or their dependants) who die or are injured as the result of an accident arising out of or in the course of their employment. He shall also conform with and carry out in all respects the obligations and requirements of any law or regulation or any order of the Government of the Federal Republic of Nigeria which may be applicable or which may become applicable after the signing of the Contract.

Returns of Labour, etc.

35. The Contractor shall if required by the Engineer deliver to the Engineer's Representative or at his office a return in detail in such form and at such intervals as the Engineer may prescribe showing the numbers of the several classes of labour from time to time employed by the Contractor on the Site and such information respecting Constructional Plant as the Engineer's Representative may require.

## WORK MATERIALS AND PLANT

Quality of Materials and Workmanship

36. (1) All materials and workmanship shall be of the respective kinds described in the Contract and in accordance with the Engineer's instructions and shall be subjected from time to time to such tests as the Engineer may direct at the place of manufacture or fabrication or on the Site or at all or any of such places. The Contractor shall provide such assistance, instruments, machines, labour and materials, as are normally required for examining, measuring, and testing any work and the quality, weight, or quantity of any material used and shall supply samples of materials before incorporation in the works for testing as may be selected and required by the Engineer.

(2) All samples shall be supplied by the Contractor at his own cost if the supply thereof is clearly intended by or provided for in the Specification or Bill of Quantities but if not then at the cost of the Employer.

Cost of Tests

(3) The cost of making any test shall be borne by the Contractor if such test is clearly intended by or provided for in the Specification or Bill of Quantities and (in the cases only of a test under load or of a test to ascertain whether the design of any finished or partially finished work is appropriate for the purpose which it was intended to fulfil) is particularised in the Specification or Bill of Quantities in sufficient detail to enable the Contractor to price or allow for the same in his Tender.

Costs of Tests not Provided for, etc.

(4) If any test is ordered by the Engineer which is either

(a) Not so intended by or provided for or

(b) (In the cases above mentioned) is not so particularised or

(c) Though so intended or provided for is ordered by the Engineer to be carried out by an independent person at any place other than the site or the place of manufacture or fabrication of the materials tested, then the cost of such test shall be borne by the Contractor if the test shows the workmanship or materials not to be in accordance with the provisions of the Contract or the Engineer's instructions but otherwise by the Employer.

Access to Site

37. The Engineer and any person authorised by him shall at all times have access to the works and to the Site and to all workshops and places where work is being prepared or whence materials, manufactured articles, or machinery are being obtained for the Works and the Contractor shall afford every facility for and every assistance in or in obtaining the right to such access.

Examination of Work before Covering Up

38. (1) No work shall be covered up or put out of view without the approval of the Engineer or the Engineer's Representative and the Contractor shall afford full opportunity for the Engineer or the Engineer's Representative to examine and measure any work which is about to be covered up or put out of view and to examine foundations before permanent work is placed thereon. The Contractor shall give due notice to the Engineer's Representative whenever any such work or foundations is or are ready or about to be ready for examination and the Engineer's Representative shall, without unreasonable delay unless he considers it unnecessary and advises the Contractor accordingly, attend for the purposes of examining and measuring such work or of examining such foundations.

Uncovering and Making Openings

(2) The Contractor shall uncover any part or parts of the Works or make openings in or through the same as the Engineer may from time to time direct and shall reinstate and make good such part or parts to the satisfaction of the Engineer. If any such part or parts have been covered up or put out of view after compliance with the requirements of sub-clause (1) of this Clause and are found to be executed in accordance with the Contract the expenses of uncovering making openings in or through reinstating and making good the same shall be borne by the Employer but in any other case all such expenses shall be borne by the Contractor and shall be recoverable from him by the Employer or may be deducted by the Employer from any monies due or which may become due to the Contractor.

Removal of Improper Work and Materials

39. (1) The Engineer shall during the progress of the Works have power to order in writing from time to time.

(a) The removal from the Site within such time or times as may be specified in the order of any materials which in the opinion of the Engineer are not in accordance with the Contract

(b) The substitution of proper and suitable materials and

(c) The removal and proper re-execution (notwithstanding any previous test thereof or interim payment therefor) of any work which in respect of materials or workmanship is not in the opinion of the Engineer in accordance with the Contract.

Default of Contractor in Compliance

(2) In case of default on the part of the Contractor in carrying out such order the Employer shall be entitled to employ and pay other persons to carry out the same and all expenses consequent thereon or incidental thereto shall be borne by the Contractor and shall be recoverable from him by the Employer or may be deducted by the Employer from

any monies due or which may become due to the Contractor.

Suspension of Work

40. (1) The Contractor shall on the written order of the Engineer suspend the progress of the works or any part thereof for such time or times and in such manner as the Engineer may consider necessary and shall during such suspension properly protect and secure the work so far as is necessary in the opinion of the Engineer. The extra cost (if any) incurred by the Contractor in giving effect to the Engineer's instructions under this Clause shall be borne and paid by the Employer unless such suspension is:

(a) Otherwise provided for in the Contract or

(b) Necessary for the proper execution of the work or by reason of weather conditions affecting the safety or quality of the works or by some default on the part of the Contractor or

(c) Necessary for the safety of the works or any part thereof.

Provided that the Contractor shall not be entitled to recover any such extra cost unless he gives notice in writing of his intention to claim to the Engineer within 28 days of the Engineer's order. The Engineer shall settle and determine the extra payment to be made to the Contractor in respect of such claim as the Engineer shall consider fair and reasonable.

Suspension Lasting more than 90 days

(2) If the progress of the works or any part thereof is suspended on the written order of the Engineer for more than 90 days the Contractor may serve a written notice on the Engineer requiring permission within 28 days from the receipt thereof to proceed with the works or that part thereof in regard to which progress is suspended and if such permission is not granted within that time the Contractor by a further written notice so served may (but is not bound to) elect to treat the suspension where it affects part only of the works as an omission of such part under clause 51 hereof or where it affects the whole works as an abandonment of the Contract by the Employer.

COMMENCEMENT TIME AND DELAYS

Commencement of Works

41. The Contractor shall commence the works on site within the period named in the tender after the receipt by him of an order in writing to this effect from the Engineer and shall proceed with the same with due expedition and without delay except as may be expressly sanctioned or ordered by the Engineer or be wholly beyond the Contractor's control.

Possession of Site

42. (1) Save in so far as the Contract may prescribe the extent of portions of the Site of which the Contractor is to be given possession from time to time and the order in which such portions shall be made available to him and subject to any requirement in the Contract as to the order in which the works shall be executed the Employer will with the Engineer's written order to commence the works give to the Contractor possession of so much of the Site as may be required to enable the Contractor to commence and proceed with the construction of the works in accordance with the programme referred to in clause 14 hereof (if any) and otherwise in accordance with such reasonable proposals of the Contractor as he shall by notice in writing to

316

the Engineer make and will from time to time as the works proceed give to the Contractor possession of such further portions of the Site as may be required to enable the Contractor to proceed with the construction of the works with due despatch in accordance with the said programme or proposals (as the case may be). If the Contractor suffers delay or incurs expense from failure on the part of the Employer to give possession in accordance with the terms of this clause the Engineer shall grant an extension of time for the completion of the works and certify such sum as he considers fair to cover the expense incurred which sum shall be paid by the Employer.

ayleaves tc.

(2) The Contractor shall bear all expenses and charges for special or temporary waylcaves required by him in connection with access to the Site. The Contractor shall also provide at his own cost any additional accommodation outside the Site required by him for the purpose of the works.

me for mpletion

43. Subject to any requirement in the specification as to completion of any portion of the works before completion of the whole, the whole of the works shall be completed within the time stated in the tender calculated from the last day of the period named in the Tender as that within which the works are to be commenced or such extended time as may be allowed under clause 44 hereof.

tension Time Comple- n

44. Should the amount of extra or additional work of any kind or other special circumstances of any kind whatsoever which may occur be such as fairly to entitle the Contractor to an extension of time for the completion of the work, the Engineer shall determine the amount of such extension. Provided that the Engineer is not bound to take into account any extra or additional work or other special circumstances unless the Contractor has within 28 days after such work has been commenced or such circumstances have arisen or as soon thereafter as is practicable delivered to the Engineer's Representative full and detailed particulars of any claim to extension of time to which he may consider himself entitled in order that such claim may be investigated at the time.

Any extension of time granted by the Engineer to the Contractors shall be deemed to be in full compensation and satisfaction for and in respect of any actual or probable loss or injury sustained or sustainable by the Contractors in respect of any matter or thing in connection with which such extension shall have been granted and every such extension shall exonerate the Contractors from any claims or demands on the part of the Government for or in respect of any delay during the period of such extension but not further or otherwise nor for any delay continued beyond such period.

ight unday

45. Subject to any provision to the contrary contained in the Contract none of the permanent work shall save as hereinafter provided be carried on during the night or Sundays (if locally recognised days of rest) or their locally recognised equivalent without the permission in writing of the Engineer's Representative save when the work is unavoidable or absolutely necessary for the saving of life or property or for the safety of the works in which case the Contractor shall immediately advise the Engineer's Representative. Provided always that the provisions of this clause shall not be applicable in the case of any work which it is customary to carry out by rotary or double shifts.

Rate of Progress

46. The whole of the materials, plant and labour to be provided by the Contractor under Clause 5 hereof and the mode, manner and speed of execution and maintenance of the works are to be of a kind and conducted in a manner to the satisfaction of the Engineer. Should the rate of progress of the works or any part thereof be at any time in the opinion of the Engineer too slow to ensure the completion of the works by the prescribed time or extended time for completion the Engineer shall so notify the Contractor in writing and the Contractor shall thereupon take such steps as the Contractor may think necessary and the Engineer may approve to expedite progress so as to complete the works by the prescribed time or extended time for completion.

If the work is not being carried on by day and by night and the Contractor shall request permission to work by night as well as by day then if the Engineer shall grant such permission the Contractor shall not be entitled to any additional payment for so doing but if such permission shall be refused and there shall be no equivalent practicable method of expediting the progress of the work the time for completion shall be extended by such period as is solely attributable to such refusal. All work at night shall be carried out without unreasonable noise and disturbance. The Contractor shall indemnify the Employer from and against any liability for damages on account of noise or other disturbance created while or in carrying out the work and from and against all claims, demands. proceedings, costs, charges and expenses whatsoever, in regard, or in relation to such liability.

Liquidated Damages for Delay

47. (1) If the Contractor shall fail to complete the works within the time prescribed by clause 43 hereof or extended time then the Contractor shall pay to the Employer a sum calculated at the rate stated in the tender as liquidated damages for such default and not as a penalty for every day or part of a day which shall elapse between the time prescribed by clause 43 hereof or extended time as the case may be and the date of completion of the works. The Employer may without prejudice to any other method of recovery deduct the amount of such damages from any monies in his hands due or which may become due to the Contractor. The payment or deduction of such damages shall not relieve the Contractor from his obligation to complete the works or from any other of his obligations and liabilities under the contract.

Reduction of Liquidated Damages

(2) If before the completion of the whole of the Works any part of the Works has been certified by the Engineer as completed pursuant to Clause 48 hereof and occupied or used by the Employer the liquidated damages for delay shall for any period of delay after such certification be reduced in the proportion which the value of the part so certified bears to the value of the whole of the Works.

Certificate of Completion of Works

48. As soon as in the opinion of the Engineer the Works shall have been substantially completed so that the same may be occupied or used by the Engineer without any restriction, obstruction or other hindrance thenceforth caused or to be caused by the Contractor and shall have satisfactorily passed any final test that may be prescribed by the Contract the Engineer shall on receiving a written undertaking by the Contractor to finish any outstanding work during the period

of maintenance issue a certificate of completion in respect of the Works and the period of maintenance of the Works shall commence from the date of such certificate. Provided that the Engineer may give such a certificate with respect to any part of the Works before the completion of the whole of the Works and shall upon the written application of the Contractor give such certificate with respect to any substantial part of the Works which has been both completed to the satisfaction of the Engineer and occupied or used by the Employer and when any such certificate is given in respect of a part of the Works such part shall be considered as completed and the period of maintenance of such part shall commence from the date of such certificate. Provided also that a certificate of completion given in accordance with the foregoing provisions of any part of the Works occupied and used as aforesaid shall not be deemed to certify completion of any ground or surfaces requiring reinstatement unless such certificate shall expressly so state.

MAINTENANCE AND DEFECTS

finition of eriod of intenance'

49. (1) In these Conditions the expression 'Period of Maintenance' shall mean the period of maintenance named in the Tender calculated from the date of completion of the Works certified by the Engineer in accordance with Clause 48 hereof or in the event of more than one certificate having been issued by the Engineer under the said Clause from the Respective dates so certified and in relation to the period of Maintenance the expression "The Works" shall be construed accordingly.

cution of k of Repair

(2) To the intent that the Works shall at or as soon as practicable after the expiration of the period of Maintenance be delivered up to the Employer in as good and perfect a condition (fair wear and tear excepted) to the satisfaction of the Engineer as that in which they were at the commencement of the Period of Maintenance the Contractor shall execute all such work of repair, amendment, reconstruction, rectification canal and making good of defects, imperfections, shrinkages or other faults as may be required of the Contractor in writing by the Engineer during the Period of Maintenance or within fourteen days after its expiration as a result of an inspection made by or on behalf of the Engineer prior to its expiration.

of Exe- on of Work epair etc.

(3) All such work shall be carried out by the Contractor at his own expense if the necessity thereof shall in the opinion of the Engineer be due to the use of materials or workmanship not in accordance with the Contract or to neglect or failure on the part of the Contractor to comply with any obligations expressed or implied on the Contractor's part under the Contract. If in the opinion of the Engineer such necessity shall be due to any other cause the value of such work shall be ascertained and paid for as if it were additional work.

dy on ractor's ure to out Required

(4) If the Contractor shall fail to do any such work as aforesaid required by the Engineer the Employer shall be entitled to carry out such work by his own workmen or by other Contractors and, if such work is work which the Contractor should have carried out at the Contractor's own cost, shall be entitled to recover from the Contractor the cost thereof or may deduct the same from any monies due or that may become due to the Contractor.

Contractor to Search

50. The Contractor shall if required by the Engineer in writing, search for the cause of any defect, imperfection or fault under the directions of the Engineer. Unless such defect, imperfection or fault shall be one for which the Contractor is liable under the Contract the cost of the work carried out by the Contractor in searching as aforesaid shall be borne by the Employer. But if such defect, imperfection or fault shall be one for which the Contractor is liable as aforesaid the cost of the work carried out in searching as aforesaid shall be borne by the Contractor and he shall in such case repair, rectify and make good such defect, imperfections or fault at his own expense in accordance with the provisions of clause 49 hereof.

## ALTERATIONS, ADDITIONS AND OMISSIONS

Variations

51. (1) The Engineer shall make any variation of the form, quality, or quantity of the works or any part thereof that may in his opinion be necessary and for that purpose or if for any other reason it shall in his opinion be desirable shall have power to order the Contractor to do and the Contractor shall do any of the following:-

(a) Increase or decrease the quantity of any work included in the Contract

(b) Omit any such work

(c) Change the character or quality or kind of any such work

(d) Change the levels, lines, position and dimensions of any part of the works and

(e) Execute additional work of any kind necessary for the completion of the works

and no such variation shall in any way vitiate or invalidate the Contract but the value (if any) of all such variations shall be taken into account in ascertaining the amount of the Contract Price.

Orders for Variations to be in Writing

(2) No such variation shall be made by the Contractor without an order in writing of the Engineer. Provided that no order in writing shall be required for increase or decrease in the quantity of any work where such increase or decrease is not the result of an order given under this clause but is the result of the quantities exceeding or being less than those stated in the Bill of Quantities. Provided also that if for any reason the Engineer shall consider it desirable to give any such order verbally the Contractor shall comply with such order and any such confirmation in writing of such verbal order given by the Engineer whether before or after the carrying out of the order shall be deemed to be an order in writing within the meaning of this clause. Provided further that if the Contractor shall confirm in writing to the Engineer any verbal order of the Engineer and such confirmation shall not be contradicted in writing by the Engineer it shall be deemed to be an order in writing by the Engineer.

Valuation of Variations

52. (1) The Engineer shall determine the amount (if any) to be added to or deducted from the sum named in the tender in respect of any extra or additional work done or work omitted by his order. All such work shall be valued at the rates set out in the Contract if in the opinion of the Engineer the same shall be applicable. If the Contract shall not contain any rates applicable to the extra or additional work then reasonable prices shall be fixed by the Engineer.

Power of Engineer to fix rates

(2). Provided that if the nature or amount of any omission or addition relative to the nature or amount of the whole of the Contract work or to any part thereof shall be such that in the opinion of the Engineer the rate or price contained in the Contract for any item of the works is by reason of such omission or addition rendered unreasonable or inapplicable the Engineer shall fix such other rate or price as in the circumstances he shall think reasonable and proper.

Provided also that no increase of the Contract Price under sub-clause (1) of this clause or variation of rate or price under sub-clause (2) of this clause shall be made unless as soon after the date of the order as is practicable and in the case of extra or additional work before the commencement of the work or as soon thereafter as is practicable notice shall have been given in writing:-

(a) By the Contractor to the Engineer of his intention to claim extra payment or

(b) By the Engineer to the Contractor of his intention to vary a rate or price as the case may be.

Variations exceeding 15 per cent

(3) If the net effect of all variations (other than those arising by reason of any clause relating to variations in price of materials and/or labour) shall be found on completion of the whole of the works to result in a reduction or an addition greater than 15 per cent of the sum named in the Tender the amount of the Contract Price shall be amended by such sum as in the opinion of the Engineer shall be reasonable regard being had to all material and relevant factors including the Contractor's oncosts and overheads.

Daywork

(4) The Engineer may, if in his opinion it is necessary or desirable, order in writing that any additional or substituted work shall be executed on a daywork basis. The Contractor shall then be paid for such work under the conditions and at the rates and prices laid down in the "Schedules of Dayworks Carried Out Incidental to Contract Work" issued by the Federation of Building and Civil Engineering Contractors in Nigeria.

The Contractor shall furnish to the Engineer such receipts or other vouchers as may be necessary to prove the amounts paid and before ordering materials shall submit to the Engineer quotations for the same for his approval

In respect of all work executed on a daywork basis the Contractor shall, during the continuance of such work, deliver each day to the Engineer's Representative an exact list in duplicate of the names, occupation and time of all workmen employed on such work and a statement also in duplicate showing the description and quantity of all materials and plant used

thereon or therefor (other than plant which is included in the percentage addition in accordance with the schedule hereinbefore referred to). One copy of each list and statement will, if correct or when agreed, be signed by the Engineer's Representative and returned to the Contractor. At the end of each month the Contractor shall deliver to the Engineer's Representative a priced statement of the labour, material and plant (except as aforesaid) used and the Contractor shall not be entitled to any payment unless such lists and statements have been fully and punctually rendered. Provided always that if the Engineer shall consider that for any reason the sending of such list or statement by the Contractor in accordance with the foregoing provision was impracticable he shall nevertheless be entitled to authorise payment for such work either as daywork (on being satisfied as to the time employed and plant and materials used on such work) or at such value therefor as he shall consider fair and reasonable, and failing a provision in the Daywork Schedule he shall be paid at rates and prices to be agreed between the Engineer and the Contractor.

Claims

(5) The Contractor shall send to the Engineer's Representative once in every month an account giving particulars (as full and detailed as possible) of all claims for any additional expense to which the Contractor may consider himself entitled and of all extra or additional work ordered by the Engineer which he has executed during the preceeding month and no claim for payment for any such work will be considered which has not been included in such particulars. Provided always that the Engineer shall be entitled to authorise payment to be made for any work notwithstanding the Contractor's failure to comply with this condition if the Contractor has at the earliest practicable opportunity notified the Engineer that he intends to make a claim for such work.

PROPERTY IN MATERIALS AND PLANT

Plant, etc., the property of the Employer - Definitions

53. (1) For the purpose of this clause

(I) The expression "Construction Plant" shall be deemed to exclude vehicles engaged in transporting any plant, equipment or materials to or from the Site.

(II) The expression "Essential Hired Plant" shall mean all Constructional Plant, Temporary Works and Materials for Temporary Works the withdrawal of which in the event of a forfeiture under Clause 63 hereof might (having regard to the methods of construction employed prior to the forfeiture) endanger the safety or stability of or result in serious disturbance to the execution of any part of the works and which are held by the Contractor under any agreement for hire thereof.

(III) The expression "Hired Plant" shall mean any Constructional Plant, Temporary Works (other than essential Hired Plant) held by the Contractor under any agreement for hire thereof.

(IV) The expression "Agreement for Hire" shall be deemed not to include an agreement for hire purchase.

(v) The expression "Hire Purchase Plant" shall mean any constructional plant, temporary works and materials for temporary works held by the Contractor under an agreement for hire purchase thereof.

Vesting of certain Plant

(2) All constructional plant, temporary works and materials owned by the Contractor or by any company in which the Contractor has controlling interest shall, when brought on to the site (or in the case of hire purchase plant on the site on its becoming the property of the Contractor) immediately be deemed to become the property of the Employer.

Conditions of Hire of certain Plant

(3) With a view to securing in the event of a forfeiture under Clause 63 hereof the continued availability for the purpose of executing the works of any essential hired plant the Contractor shall not bring on to the site any essential hired plant unless the agreement for hire thereof contains a provision that the owner thereof will on request in writing made by the Employer within seven days after the date on which any such forfeiture has become effective and on the Employer undertaking to pay all hire charges in respect thereof from such date hire such essential hired plant to the Employer on the same terms in all respects as the same was hired to the Contractor save that the Employer shall be entitled to permit the use thereof by any other Contractor employed by him for the purpose of completing the works under the terms of the said clause 63.

Costs for purposes of clause 63

(4) In the event of the Employer entering into any agreement for hire of essential hired plant pursuant to the provisions of sub-clause (3) of this clause all sums properly paid by the Employer under the provisions of any such agreement and all expenses incurred by him (including stamp duties) in entering into such agreement shall be deemed for the purpose of clause 63 hereof to be part of the cost of completing the works.

Contractor's certificate as to hiring provisions

(5) The Contractor shall upon request made by the Engineer at any time in relation to any item of essential hired plant forthwith notify to the Engineer in writing the name and address of the owner thereof and shall certify that the agreement for the hire thereof contains a provision in accordance with the requirements of sub-clause (3) of this clause. The Contractor shall also upon request as aforesaid give a like notification (but without certificate) in regard to any hire purchase plant.

Hire Purchase Payments by Employer

(6) The Employer shall, in order to avoid seizure by the owner of any hire purchase plant, be entitled to pay such owner the amount of any overdue instalment or other sum payable under any agreement for hire purchase and in the event of his doing so any amount so paid by him shall be a debt due from the Contractor to the Employer and may be deducted by the Employer from any monies due or that become due to the Contractor under the contract or may be recovered by the Employer from the Contractor at law.

Irremovability of certain Plant etc.

(7) No constructional plant, temporary works, or materials, or any part thereof (except hired plant) shall be removed from the site without the written consent of the Engineer which consent shall not be unreasonably withheld (provided always that unless the whole of the advance on

constructional plant under the provisions of Clause 74 hereof shall have been repaid or allowed by the Contractor to the Employer it may be made a condition of giving such consent that the Contractor shall refund to the Employer the balance then remaining unpaid of such proportion of the said advance as is attributable to the item or items of constructional plant sought to be removed and the Contractor shall in such case make such refund to the Employer before removing the said constructional plant) where the same is no longer immediately required for the purposes of completion of the works but the Employer will permit the Contractor the exclusive use of all such constructional plant, temporary works and materials in and for the completion of the works, until the occurrence of any event which gives the Employer the right to exclude the Contractor from the site and proceed with the completion of the works.

Revesting and removal of plant

(8) Upon removal of any such constructional plant, temporary works, or materials as have been deemed to have become the property of the Employer under sub-clause (2) of this clause with consent as aforesaid the property therein shall be deemed to revest in the Contractor and upon completion of the works the property in the remainder of such constructional plant, temporary works and materials as aforesaid shall subject to the provisions of clause 63 (1) hereof be deemed to revest in the Contractor who shall remove the same together with any essential hired plant, hired plant and hire purchase plant. If the Contractor shall fail to remove any constructional plant, temporary works or materials as aforesaid or any essential hired plant, hired plant, or hire purchase plant within such reasonable time after completion of the works as may be allowed by the Engineer then the Employer may:-

( i) Sell any such constructional plant, temporary works and materials as aforesaid, and

(ii) Return at the Contractor's expense to the person, firm or company from whom any essential hired plant, hired plant or any hire purchase plant was held by the Contractor such essential hired plant, hired plant or hire purchase plant

and after deducting from any proceeds of sale the costs, charges and expenses of and in connection with such sale and of and in connection with return as aforesaid shall pay the balance (if any) to the Contractor but to the extent that the proceeds of any sale are insufficient to meet all such costs, charges and expenses the excess shall be a debt due from the Contractor to the Employer and shall be deductible or recoverable by the Employer accordingly as aforesaid.

Liability for Loss or Injury to Plant

(9) The Employer shall not at any time be liable for the loss of or injury to any of the Constructional Plant, Temporary Works, or materials, which have been deemed to become the property of the Employer under sub-clause (2) of this clause save as mentioned in clauses 20 and 65 hereof.

Incorporation of clause in Sub-Contracts

(10) The Contractor shall when entering into any Sub-Contract for the execution of any part of the works incorporate in such Sub-Contract (by reference or otherwise) the provisions of this clause in relation to Constructional Plant,

324

Temporary Works and Materials, Essential Hired Plant, Hired Plant and Hire Purchase Plant brought on to the Site by the Sub-Contractor.

No Approval by Vesting

54. The operation of clause 53 shall not be deemed to imply any approval by the Engineer of the materials or other matters referred to therein nor shall it prevent the rejection of any such materials at any time by the Engineer.

## MEASUREMENT

Quantities

55. The quantities set out in the Bill of Quantities are the estimated quantities of the work but they are not to be taken as the actual and correct quantities of the works to be executed by the Contractor in fulfilment of his obligations under the Contract.

Works to be measured

56. The Engineer shall except as otherwise stated ascertain and determine by measurement the value in accordance with the Contract of work done in accordance with the Contract. He shall when he requires any part or parts of the works to be measured, give notice to the Contractor's authorised agent or representative who shall forthwith attend or send a qualified agent to assist the Engineer or the Engineer's Representative in making such measurement and shall furnish all particulars required by either of them. Should the Contractor not attend or neglect or omit to send such agent then the measurement made by the Engineer or approved by him shall be taken to be the correct measurement of the work. For the purpose of measuring such permanent work as is to be measured by record drawings the Engineer's Representative shall prepare record drawings month by month of such work and the Contractor as and when called upon to do so in writing shall within 14 days attend to examine and agree such record drawings with the Engineer's Representative and shall sign the same when so agreed and if the Contractor does not so attend to examine and agree any such record drawings they shall be taken to be correct. If after examination of such record drawings the Contractor does not agree the same or does not sign the same as agreed they shall nevertheless be taken to be correct unless the Contractor shall within 14 days of such examination lodge with the Engineer's Representative for decision by the Engineer notice in writing of the respects in which such record drawings are claimed by him to be incorrect.

Method of Measurement

57. Except where any general or detailed description of the work in the Bill of Quantities or Specification expressly shows to the contrary, Bills of Quantitites shall be deemed to have been prepared and measurements shall be made according to the procedure set forth in the Standard Method of Measurement of Civil Engineering Quantities issued by the Institution of Civil Engineers (1953) and any subsequent amendment or modification thereof notwithstanding any general or local custom.

## PROVISIONAL AND PRIME COST SUMS

Provisional Sums

58. (1) Every Provisional Sum (other than P.C. prices under sub-clause (2) of this clause) set out in the Bill of Quantities (whether for work to be executed by the Contractor which has not been specified in detail when the Contract is entered into or for work to be executed by a nominated Sub-Contractor as hereinafter defined) together with the charges

325

and profits (if any) which the Contractor shall have added to such sums shall be deducted from the Contract Price and in lieu thereof there shall be added to the Contract Price:-

(a) Where work to which the provisional sum relates has been ordered by the Engineer and executed by the Contractor the value of the work so executed valued in accordance with clause 52 hereof and

(b) Where work to which the provisional sum relates has been ordered by the Engineer and executed by a nominated Sub-Contractor (as hereinafter defined) the sum or sums actually paid (subject however to the provisions of sub-clause (5) hereof) by the Contractor to such Sub-Contractor on the direction of the Engineer and (if the Contractor shall have added to the Provisional Sum to which the work relates any sums in respect of charges and profits) a sum paid as the said charges and profits bear to the said Provisional Sum.

Prime Cost Items

(2) Every sum in the Bill of Quantities which contains (either as the whole or part of the sum) a Prime Cost (P.C.) price for goods or materials to be supplied for or for incorporation into the works shall be varied by the substitution for the Prime Cost price of the actual price (subject however to the provisions of sub-clause 5 hereof) paid by the Contractor for the goods or materials on the direction of the Engineer and the Contract Price shall be increased or decreased (as the case may be) by the amount by which the sum in the Bill of Quantities is increased or decreased by such substitution. No variation shall be made to or in respect of any sum added for labours to the Prime Cost price on account of the said actual price being greater or less than the Prime Cost price but in respect of all other charges and profit there shall be added or deducted as the case may be a sum representing such percentage as is provided in the Bill of Quantities in relation to the particular item of Prime Cost concerned or (if none) as is inserted by the Contractor in the Form of Tender as the percentage for the adjustment of Prime Cost Sums.

Use of Provisional and Contingency Items

(3) All sums set out in the Bill of Quantities which shall be stated to be provisional or for contingencies shall be used only at the direction and discretion of the Engineer and if not used either wholly or in part shall as to the amount not used be deducted from the Contract Price.

Production of Vouchers etc.

(4) The Contractor shall, when required by the Engineer, produce all quotations, invoices, vouchers and accounts or receipts in connection with expenditure in respect of provisional or prime cost items.

Cash Discount

(5) In so far as any sum is paid by the Contractor to a Sub-Contractor or supplier by direction of the Engineer under sub-clause (1) (B) or (2) of this clause before the Contractor shall have received payment of that sum from the Employer there shall for the purpose of adjusting the Contract Price under sub-clause (1) or (2) hereof (as the case may be) be added to the actual sum paid by the Contractor as aforesaid $2\frac{1}{2}$ per cent of the amount of such actual payment and the benefit of any cash discount allowed in respect thereof shall be passed to the Employer.

Assignment of Sub-Contractor's Obligations

(6) In the event of a nominated Sub-Contractor (as hereinafter defined) having undertaken towards the Contractor in respect of the work executed or the goods or materials supplied by such nominated Sub-Contractor any continuing obligation extending for a period exceeding that of the Period of Maintenance under this Contract the Contractor shall at any time after the expiration of the Period of Maintenance assign to the Employer at the Employer's request and cost the benefit of such obligation for the unexpired duration thereof.

Nominated Sub-Contractors

59. (1) All specialists, mercchants, tradesmen and others executing any work or supplying any goods for which provisional or prime cost sums are included in the Bill of Quantities who may have been or be nominated or selected or approved by the Employer or the Engineer and all persons to whom by virtue of the provisions of the Bill of Quantities or Specification the Contractor is required to sub-let any work shall in the execution of such work or the supply of such goods be deemed to be Sub-Contractors employed by the Contractor and are hereinafter referred to as "Nominated Sub-Contractors." Provided always that the Contractor shall not be required by the Employer or the Engineer or be deemed to be under any obligation to employ any nominated Sub-Contractor who shall decline to enter into a Sub-Contract with the Contractor containing provisions:-

(a) That in respect of the work or goods the subject of the Sub-Contract the Sub-Contractor will undertake towards the Contractor the like obligations and liabilities as are imposed upon the Contractor towards the Employer by the terms of the Contract and will save harmless and indemnify the Contractor from and against the same and from all claims, demands, proceedings, damages, costs, charges and expenses whatsoever arising out of or in connection therewith or arising out of or in connection with any failure to perform such obligations or to fulfil such liabilities and

(b) That the Sub_Contractor will save harmless and indemnify the Contractor from and against any negligence by the Sub-Contractor, his agents, workmen and servants and from and against any misuse by him or them of any Constructional Plant or Temporary Works provided by the Contractor for the purposes of the Contract and from all claims as aforesaid.

Payments to Nominated Sub-Contractors

(2) Before issuing under clause 60 hereof any certificate which includes any payment in respect of work done or goods supplied by any nominated Sub-Contractor the Engineer shall be entitled to demand from the Contractor reasonable proof that all payments (less retentions) included in previous certificates in respect of the work or goods of such nominated Sub-Contractor have been paid or discharged by the Contractor in default whereof unless the Contractors shall

(a) inform the Engineer in writing that he has reasonable cause for withholding or refusing to make such payment and

(b) produce to the Engineer reasonable proof that he has so informed such nominated Sub-Contractor in writing.

The Employer shall be entitled to pay to such nominated Sub-Contractor direct upon the certificate of the Engineer all payments (less retentions) which the Contractor has failed to make to such nominated Sub-Contractor and to deduct by way of set-off the amount so paid by the Employer from any sums due or which become due from the Employer to the Contractor.

Provided always that where the Engineer has certifed and the Employer has paid direct as aforesaid the Engineer shall in issuing any further certificate in favour of the Contractor deduct from the amount thereof the amount so paid direct as aforesaid but shall not withhold or delay the issue of the certificate itself when due to be issued under the terms of the Contract.

CERTIFICATES AND PAYMENT

Monthly Payments

60 (1) The Contractor shall submit to the Engineer after the end of each month a statement showing the estimated Contract value of the permanent work executed up to the end of the month (if such value shall justify the issue of an interim certificate) and the Contractor will be paid monthly on the certificate of the Engineer the amount due to him on account of the estimated Contract value of the permanent work executed up to the end of the previous month together with such amount (if any) as the Engineer may consider proper on account of materials for permanent work delivered by the Contractor on the Site and in addition such amount as the Engineer may consider fair and reasonable for any Temporary Works or Constructional Plant for which separate amounts are provided in the Bill of Quantities subject to a retention of the percentage named in the Tender until the amount retained shall reach the "Limit of Retention Money" named in the Tender (hereinafter called "The Retention Money"). Provided always that no interim certificate shall be issued for a less sum than that named in the tender at one time.

Payment of Retention Money

(2) One half of the Retention Money shall become due and shall be paid to the Contractor when the Engineer shall certify in writing that the works have been substantially completed and the other half shall be paid to the Contractor fourteen days after the expiration of the Period of Maintenance notwithstanding that at such time there may be outstanding claims by the Contractor against the Employer. Provided always that if at such time there shall remain to be executed by the Contractor any works ordered during such period pursuant to clauses 49 and 50 hereof the Employer shall be entitled to withhold payment until the completion of such works of so much of the second half of the Retention Money as shall in the opinion of the Engineer represent the cost of the works so remaining to be executed.

Provided further that in the event of different maintenance periods having become applicable to different parts of the works pursuant to clause 48 hereof the expression "expiration of the Period of Maintenance" shall for the purposes of this sub-clause be deemed to mean the expiration of the latest of such periods.



...e of ...ment

(3) Payment upon each of the Engineer's certificates shall be made by the Employer within the number of days named in the Tender after such certificate has been delivered to the Employer and in the event of failure by the Employer to comply with the provisions of this sub-clause or to pay the Retention Money or any part thereof at the times prescribed by sub-clause (2) of this clause he shall pay to the Contractor interest at the rate of 5 per cent per annum upon all overdue payments from the date on which the same should have been made.

...rrection ...d With-...lding of ...rtificates

(4) The Engineer may by any certificate make any correction or modification in any previous certificate which shall have been issued by him. The Engineer may withhold payments if, in his opinion, the progress of the works or the conduct of the Contractor is not satisfactory or the Contractor has in any way done or neglected to do anything so as to make it doubtful whether the works will be completed by him in accordance with these conditions. Any payment made within this sub-clause is not to be considered an approval by the Engineer of the work or materials in respect of which it is granted nor a waiver of any rights of the Engineer arising under the Contract or these conditions against the Contractor or his sureties and nothing in these conditions contained shall prevent the Engineer from amending or correcting any such payment by a subsequent payment under this clause or by the final valuation or certificate of maintenance under clause 62.(1) of the Conditions of Contract. Any payment authorised and made by the Engineer under this clause shall not, in so far as it certifies the value of work done and materials used, be subject to arbitration under clause 66 of the Conditions of Contract.

...pproval ...nly by ...aintenance ...rtificate

61. No certificate other than the Maintenance Certificate referred to in clause 62 hereof shall be deemed to constitute approval of any work or other matter in respect of which it is issued or shall be taken as an admission of the due performance of the Contract or any part thereof or of the accuracy of any claim or demand made by the Contractor or of additional or varied work having been ordered by the Engineer nor shall any other certificate conclude or prejudice any of the powers of the Engineer.

...aintenance ...rtificate

62. (1) The Contract shall not be considered as completed until a Maintenance Certificate shall have been signed by the Engineer and delivered to the Employer stating that the works have been completed and maintained to his satisfaction. The Maintenance Certificate shall be given by the Engineer twenty-eight days after the expiration of the Period of Maintenance (or if different Periods of Maintenance shall become applicable to different parts of the works the expiration of the latest such period) or as soon thereafter as any works ordered during such period pursuant to clauses 49 and 50 hereof shall have been completed to the satisfaction of the Engineer and full effect shall be given to this clause notwithstanding any previous entry on the works or the taking possession, working or using thereof or any part thereof by the Employer. Provided always that the issue of the Maintenance Certificate shall not be a condition precedent to payment to the Contractor of the second portion of the Retention Money in accordance with clause 60 hereof.

Cessation of Employer's Liability

(2) The Employer shall not be liable to the Contractor for any matter or thing arising out of or in connection with the contract or the execution of the works unless the Contractor shall have made a claim in writing in respect thereof before the giving of a maintenance certificate under this clause.

Unfulfilled Obligations

(3) Notwithstanding the issue of the maintenance certificate the Contractor and (subject to sub-clause (2) of this clause) the Employer shall remain liable for the fulfilment of any obligation incurred under the provisions of the contract prior to the issue of the maintenance certificate which remains unperformed at the time such certificate is issued and for the purposes of determining the nature and extent of any such obligation the contract shall be deemed to remain in force between the parties hereto.

## REMEDIES AND POWERS

Forfeiture

63. (1) If the Contractor shall become bankrupt or have a receiving order made against him or shall present his petition in bankruptcy or shall make an arrangement with or assignment in favour of his creditors or shall agree to carry out the contract unless a committee of inspection of his creditors or (being a corporation) shall go into liquidation (other than a voluntary liquidation for the purposes of amalgamation or reconstruction) or if the Contractor shall assign the contract without the consent in writing of the Employer first obtained or shall have an execution levied on his goods or if the Engineer shall certify in writing to the Employer that in his opinion the Contractor:-

(a) Has abandoned the contract or

(b) Without reasonable excuse has failed to commence the works or has suspended the progress of the works for 28 days after receiving from the Engineer written notice to proceed or has failed to proceed with the works in accordance with the programme and any amendment approved by the Engineer under clause 14 hereof or

(c) Has failed to remove materials from the site or to pull down and replace work for 28 days after receiving from the Engineer written notice that the said materials or work had been condemned and rejected by the Engineer under these conditions or

(d) is not executing the works in accordance with the contract or is persistently or flagrantly neglecting to carry out his obligations under the contract or

(e) has to the detriment of good workmanship or in defiance of the Engineer's instructions to the contrary sub-let any part of the contract

(f) Has failed to comply with his obligations to observe the ordinances, regulations and requirements more particularly referred to in sub-clause (1) of clause 34 (as amended of these conditions).

Then the Employer may after giving 14 days' notice in writing to the Contractor enter upon the site and the works and expel the Contractor therefrom without thereby avoiding the Contract or releasing the Contractor from any of his obligations or liabilities under the contract or affecting the rights and powers conferred on the Employer or the Engineer by the contract and may himself complete the works or may employ any other Contractor to complete the works and the Employer or such other Contractor may use for such completion so much of the constructional plant, temporary works and materials which have been deemed to become the property of the Employer under the provisions of the contract as he or they may think proper and the Employer may at any time sell any of the said constructional plant, temporary works and unused materials and apply the proceeds of sale in or towards the satisfaction of any sums due or which may become due to him from the Contractor under the contract.

aluation at date of orfeiture

(2) The Engineer shall, as soon as may be practicable after any such entry and expulsion by the Employer, fix and determine, ex parte, or by, or after reference to the parties, or after such investigation or enquiries as he may think fit to make or institute and shall certify what amount (if any) had at the time of such entry and expulsion been reasonably earned by or would reasonably accrue to the Contractor in respect of work then actually done by him under the contract and what was the value of any unused or partially used materials, any constructional plant and any temporary works which have been deemed to become the property of the Employer under the provisions of the contract.

ayment after orfeiture

(3) If the Employer shall enter and expel the Contractor under this clause he shall not be liable to pay to the Contractor any money, on account of the contract until the expiration of the period of maintenance and thereafter until the costs of completion and maintenance, damages for delay in completion (if any) and all other expenses incurred by the Employer have been ascertained and the amount thereof certified by the Engineer. The Contractor shall then be entitled to receive only such sum or sums (if any) as the Engineer may certify would have been due to him upon due completion by him after deducting the said amount. But if such amount shall exceed the sum which would have been payable to the Contractor on due completion by him then the Contractor shall upon demand pay to the Employer the amount of such excess and it shall be deemed a debt due by the Contractor to the Employer and shall be recoverable accordingly.

gent pairs

64. If by reason of any accident or failure or other event occurring to in or in connection with the works or any part thereof either during the execution of the works or during the period of maintenance any remedial or other work or repair shall in the opinion of the Engineer or the Engineer's Representative be urgently necessary for security and the Contractor is unable or unwilling at once to do such work or repair the Employer may by his own or other workmen do such work or repair as the Engineer or the Engineer's Representative may consider necessary. If the work or repair so done by the Employer is work which in the opinion of the Engineer the Contractor was liable to do at his own expense under the contract all costs and charges properly incurred by the Employer in so doing shall on demand be paid by the Contractor to the Employer or may be deducted by the Employer from

any monies due or which may become due to the Contractor. Provided always that the Engineer or the Engineer's Representative (as the case may be) shall as soon after the occurrence of such emergency as may be reasonably practicable notify the Contractor thereof in writing.

## SPECIAL RISKS

65. Notwithstanding anything in the contract contained

No liability for War etc., Risks

(1) The Contractor shall be under no liability whatsoever whether by way of indemnity or otherwise for or in respect of destruction of or damage to the works (save to work condemned under the provisions of clause 39 hereof prior to the occurrence of any special risk hereinafter mentioned), or temporary works, or to property whether of the Employer, or third parties, or for, or in respect of injury, or loss of life, which is the consequence whether direct or indirect of war, hostilities (whether war be declared or not), invasion act of foreign enemies, rebellion, revolution, insurrection, or military, or usurped power, civil war, or (otherwise than among the Contractor's own Employees), riot, commotion, or disorder (hereinafter comprehensively referred to as "The said special risks") and the Employer shall indemnify and save harmless the Contractor against and from the same and against and from all claims, demands, proceedings, damages, costs, charges, and expenses whatsoever arising thereout, or in connection therewith, and shall compensate the Contractor for any loss of, or damage to, property of the Contractor used or intended to be used for the purposes of the works (including property in transit to the site) and occasioned either directly or indirectly by said special risks and for the purposes of this clause, the expression "Property of the Contractor" shall include any plant brought on to the site by the Contractor the property in which is vested in the Employer under the terms of clause 53 hereof.

Damage to Works etc., by Special Risks

(2) If the works or temporary works or any materials (whether for the former or the latter) on or near or in transit to the site shall sustain destruction or damage by reason of any of the said special risks the Contractor shall nevertheless be entitled to payment for any permanent work and for any materials so destroyed or damaged and the Contractor shall be entitled to be paid by the Employer the cost of making good any such destruction or damage whether to the works or to the temporary works and of replacing or making good such materials so far as may be required by the Engineer or as may be necessary for the completion of the works on a prime cost basis plus such profit as the Engineer may certify to be reasonable.

Projectile Missiles etc.

(3) Destruction, damage, injury, or loss of life caused by the explosion, or impact whenever and wherever occurring of any mine, bomb, shell, grenade, or other projectile missile, munition, or explosive of war shall be deemed to be a consequence of the said special risks.

Increased costs arising from special risks

(4) The Employer shall repay to the Contractor any increased cost of or incidental to the execution of the works (other than such as may be attributable to the cost of reconstructing work condemned under the provisions of clause 39 hereof prior to the occurrence of any special risk) which is howsoever attributable to or consequent on or the result of

332

or in any way whatsoever connected with the said special risks (subject however to the provisions in this Clause hereinafter contained in regard to the outbreak of war) but the Contractor shall as soon as any such increase of cost shall come to his knowledge forthwith notify the Engineer thereof in writing.

[Ou]tbreak of [war]

(5) If during the currency of the contract there shall be an outbreak of war (whether war is declared or not) in any part of the world which whether financially or otherwise materially affects the execution of the Works the Contractor shall unless and until the contract is determined under the provisions in this Clause contained use his best endeavours to complete the execution of the Works provided always that the Employer shall be entitled at any time after such outbreak of war to determine this contract by giving notice in writing to the Contractor and upon such notice being given this contract shall (save as to the rights of the parties under this Clause and to the operation of Clause 66 hereof) terminate but without prejudice to the rights of either party in respect of any antecedent breach thereof.

[Rem]oval of [Pla]nt on [D]etermination

(6) If the contract shall be determined under the provisions of the last preceding Sub-Clause the Contractor shall with all reasonable despatch remove from the site all constructional plant and shall give similar facilities to his Sub-Contractors to do so.

[Pay]ment if [Con]tract [De]termined

(7) If the contract shall be determined as aforesaid the Contractor shall be paid by the Employer (in so far as such amounts or items shall not have already been covered by payments on account made to the Contractor) for all work executed prior to the date of determination at the rates and prices provided in the contract and in addition:-

(a) The amounts payable in respect of any preliminary items so far as the work or service comprised therein has been carried out or performed and a proper proportion as certified by the Engineer of any such items the work or service comprised in which has been partially carried out or performed.

(b) The cost of materials or goods reasonably ordered for the works or temporary works which shall have been delivered to the Contractor or of which the Contractor is legally liable to accept delivery (such materials or goods becoming the property of the Employer upon such payment being made by him).

* (c) A sum to be certified by the Engineer being the amount of any expenditure reasonably incurred by the Contractor in the expectation of completing the whole of the Works in so far as such expenditure shall not have been covered by the payments in this Sub-Clause before mentioned.

(d) Any additional sum payable under the provisions of Sub-Clauses (1) (2) and (4) of this Clause.

(e) The reasonable cost of removal under Sub-Clause (6) of this Clause and (if required by the Contractor) return thereof to the Contractor's main plant yard in his country of registration. Provided always

that the Employer may, instead of paying such cost of removal or return of any item of construction plant, purchase the same at a price to be agreed between the Contractor and the Employer, or in default of agreement to be decided by arbitration under the provisions of Clause 66 hereof.

(f) The reasonable cost of repatriation of all the Contractor's staff and workmen employed on or in connection with the Works at the time of such termination.

Provided always that against any payments due from the Employer under this Sub-Clause the Employer shall be entitled to be credited with any outstanding balances due from the Contractor for advances in respect of plant and materials and any sum previously paid by the Employer to the Contractor in respect of the execution of the Works.

FRUSTRATION

Payment in Event of Frustration

65A. In the event of the Contract being frustrated whether by war or otherwise howsoever the sum payable by the Employer to the Contractor in respect of the Work executed shall be the same as that which would have been payable under Clause 65 hereof if the Contract had been determined under the provisions of Clause 65 hereof.

SETTLEMENT OF DISPUTES

Settlement of Disputes - Arbitration

66. If any dispute or difference of any kind whatsoever shall arise between the Employer or the Engineer and the Contractor in connection with or arising out of the Contract or the carrying out of the Works (whether during the progress of the Works or after their completion and whether before or after the determination, abandonment or breach of the Contract) it shall be referred to and settled by the Engineer who shall state his decision in writing and give notice of the same to the Employer and the Contractor. Such decision in respect of every matter so referred shall be final and binding upon the Employer and the Contractor until the completion of the Work and shall forthwith be given effect to by the Contractor who shall proceed with the Works with all due diligence whether notice of dissatisfaction is given by him or by the Employer as hereinafter provided or not. If the Engineer shall fail to give such decision for a period of 90 days after being requested to do so or if either the Employer or the Contractor be dissatisfied with any such decision of the Engineer then and in any such case either the Employer or the Contractor may within 90 days after the expiration of the first named period of 90 days (as the case may be) require that the matter shall be referred to an arbitrator to be appointed jointly by the Director of Federal Public Works and the Contractor or to be appointed on the application of either of them by the Chief Justice of Lagos or any Judge of the High Court of Lagos and any such reference shall be deemed to be a Submission to arbitration within the meaning of the arbitration Act (Chapter 13), Laws of the Federation of Nigeria and Lagos. But if the Engineer has given a decision and given notice thereof as aforesaid within a period of 90 days as aforesaid and no notice of dissatisfaction has been given either by the Employer or the Contractor within a period of 90 days from receipt of such notice thereof the said decision of the Engineer shall

remain final and binding upon the Employer and the Contractor. Such arbitrator shall have full power to open up, review and revise any decision, opinion, direction, certificate or valuation of the Engineer and neither party shall be limited in the proceedings before such arbitrator to the evidence or arguments put before the Engineer for the purpose of obtaining his decision above referred to. The award of the arbitrator shall be final and binding on the parties. Such reference except as to the withholding by the Engineer of any certificate or the withholding of any portion of the Retention Money under Clause 60 hereof to which the Contractor claims to be entitled or as to the exercise of the Engineer's power to give a certificate under Clause 63 (1) hereof shall not be opened until after the completion or alleged completion of the works unless with the written consent of the Employer and the Contractor. Provided always:-

(1) That the giving of a certificate of completion under clause 48 hereof shall not be a condition precedent to the opening of any such reference,

(11) that no decision given by the Engineer in accordance with the foregoing provisions shall disqualify him from being called as a witness and giving evidence before the arbitrator on any matter whatsoever relevant to the dispute or difference so referred to the arbitrator as aforesaid.

## NOTICES

...vice of ...ices on ...tractor

67. (1) Any notice to be given to the Contractor under the terms of the contract shall be served by sending the same by registered post to or leaving the same at the Contractor's principal place of business in Nigeria (or in the event of the Contractor being a company to or at its registered of office).

...vice of ...ice on ...loyer

(2) Any notice to be given to the Employer under terms of the contract shall be served by sending the same by registered post to or leaving the same at the employer's last known address (or in the event of the Employer being a company to or at its registered office).

## DEFAULT OF EMPLOYER

...ault of ...loyer

68. (1) In the event of the Employer:-

(a) Failing to pay to the Contractor the amount due under any certificate of the Engineer within 60 days after the same shall have become due under the terms of the contract; or

(b) interfering with or obstructing the issue of any such certificate or

(c) becoming bankrupt or (being a company) going into liquidation other than for the purposes of a scheme of reconstruction or amalgamation

The Contractor shall be entitled without prejudice to any other rights or remedies to determine the employment of the Contractor under the contract by giving notice in writing to the Employer.

(2) Upon the giving of such notice the property in all constructional plant brought upon the site by the Contractor shall revest in him and he shall with all reasonable despatch remove the same from the site.

(3) In the event of such determination the Employer shall be under the same obligations to the Contractor in regard to payment as if the contract had been determined under the provisions of clause 65 hereof but in addition to the payments specified in clause 65 (7) the Employer shall pay to the Contractor the amount of any loss or damage to the Contractor arising out of or in connection with or by consequence of such determination.

(4) Nothing in this clause contained shall prejudice the right of the Contractor to exercise either in lieu of or in addition to the rights and remedies in this clause specified any other rights or remedies to which the Contractor may be entitled.

## SPECIAL CONDITIONS

Contract to be a Nigerian Contract

69. The Contract shall be and be deemed to be a Nigerian contract and shall accordingly be governed by and construed according to the laws for the time being in force in Nigeria.

Currency for Payment

70. All Rates and Prices in the Bills of Quantities, and the payment of all monies due to the Contractor shall be in Nigerian currency.

Income Tax

71 (1) The Contractor will be required to pay Nigerian Income Tax on all profits made by him in respect of this contract.

Income Tax Payable by Staff

(2) The Contractor's staff will be liable to pay Nigerian Income Tax in respect of such of their salaries as are chargeable therewith under the laws for the time being in force and the Contractor shall perform such duties in regard to deduction thereof as may be lawfully imposed on him by the Government.

Landing Charges

72. (1) The Contractor shall bear all expenses in connection with the landing and shipment of any plant, materials or other things landed or brought into or despatched from Nigeria for the purposes of the Contract.

Variation in Customs Rates

(2) The Contractor will be required to pay any customs duties upon any plant, materials, or other things imported by him into Nigeria for use and used in the construction of the works, but if after the date of tender there shall be any increase or decrease in the customs rates prevailing at such date for those materials more particularly listed in the Schedule No.11 (A) annexed to the Bills of Quantities and if such increase, or increases, decrease, or decreases of customs rates shall result in an increase or decrease of cost to the Contractor in carrying out the works, the net increase or decrease of cost shall form an addition or deduction as the case may be to or from the contract price and be paid to or allowed by the Contractor as provided in Clause 73 (1). The materials to which this sub-clause shall apply are set out in the Schedule No. 11 (A) annexed to the Bills of Quantities and to these materials only and the Contractor will not be permitted to add further materials to the schedule. The Contractor shall complete the said schedule

giving the customs rates payable in Nigeria in respect of the materials current at the date to tendering, and after actual clearance of such materials from customs in Nigeria the Contractor shall produce such documents, records and accounts for inspection and shall give such information as shall enable the Engineer to determine the actual customs charges of such materials and the variation in prices by way of increase or decrease above or below that set out in the Schedule. The Contractor shall as soon as is practicable after any such increase or decrease becomes effective give written notice thereof to the Engineer. The Contractor shall not be entitled to the benefit of any increase and the Employer shall not be entitled to the benefit of any decrease in cost of any customs rates for any materials except those stated in the Schedule No. 11 (A). Provided always that the provisions of this sub-clause 72 (2) are operative only when the contract price is £100,000 or over.

Variation of Price - Materials

73. (1) If, after the date of Tender and during the Contract Period or any extension of the contract period authorised by the Engineer, there shall be any increase or decrease in the cost prevailing at such date for the materials for permanent works or fuels only as named and priced in the table in the Schedule No. 11 (A) basic rates (the prices to be inserted by the Contractor when tendering then the net increase or decrease shall be paid to or recovered from the Contractor in the appropriate monthly certificate, provided that the tender exceeds £100,000.

The basic rates for materials shall be the current landed costs, including customs charges, Insurance and Freight at the nearest Nigerian port to the site, together with the net cost of all freight from the port to the site. Alternatively for petrol and diesel fuel it shall be the price in the area of the works prevailing at the date of tender. The fact that the Contractor desires to order materials from a manufacturer other than that from whom he obtained his original quotation will not be a justification for an increase or decrease in the cost of such material.

The Contractor shall produce all necessary documents, records and accounts for the inspection of the Engineer and shall afford all such information as will allow him to determine the actual cost delivered and net cost of freight of the schedule materials and decide as to any variation in cost.

The provision of this sub-clause shall not apply to materials for temporary works, nor to permanent materials purchased in Nigeria save for scheduled fuel and materials.

The Contractor shall keep daily records of all issues of petrol and diesel fuel to all plant actually on the site or used in connection with the works in the site area or such other areas as may be approved by the Engineer. These records should be initialled by the Engineer or his site representative each day. At the end of each month total issues of petrol and diesel fuels to site plant in connection with the works shall be totalled and with adequate supporting documents, including plant and vehicle log books or equivalents, presented with the monthly certificate in order that any approved increases or decreases shall be paid to or recovered from the Contractor.

Variation of Price - Labour

(2) For the purpose of calculation of any increase or decrease in rates of pay for daily paid labour, the Federal Government rates of pay applying at the date of tender shall be held to apply to this contract as qualified under.

On the gazetting of any Federal Government increase or decrease in basic rates of pay after the date of tender during the contract period or any extension of the contract period authorised by the Engineer such increase or decrease only shall be held to apply to this contract.

Irrespective of the actual wages paid to the Contractor's labour on this contract by the Contractor the Contractor shall classify all his labour (but excluding all expatriate or indigenous supervisory staff, Engineering Assistants or monthly paid personnel to whom this clause shall not apply) into the categories as shown in the Schedule 11 (B) of labour, and against each man's name and trade as employed shall inscribe the appropriate category index on the monthly pay sheet. The increases or decreases payable to the Contractor shall be made on the increases or decreases laid down by the Government for these particular categories of labour and respective basic rates as scheduled.

The procedure to be adopted by the Contractor is as follows: The Contractor shall, on the official gazetting as above of the variations in basic rate, notify the Engineer within 28 days of his intention to claim under this Clause. The Contractor shall then prepare separate schedules for each category of labour in his employ on this contract, each Schedule being an extraction of relevant data from the appropriate monthly pay sheet. The Schedule shall be drawn up by writing for each category the Employee's name on the left hand side, then in a series of 31 columns, an index or fraction so that in a further column the total number of days or fractions of days worked by the particular employee during the month under consideration may be assessed. This total shall, for each employee, be multiplied by the increase or decrease in daily rate for the respective category which net increase or decrease when finally totalled shall be added to or deducted from payments due to the Contractor.

The schedules shall be presented duly certified by the Engineer or his Representative with the monthly interim certificate for settlement together with the original pay sheets.

For the purpose of assessing the actual amounts to be paid to the Contractor the provisions of this clause will be applied as follows:-

( 1) The Contractor will be required to produce evidence that he has granted general increases in labour rates and that the amount of such increases which will be reimbursed will be the increase in the Federal Government wage rates or the actual amount paid by the Contractor whichever is the lesser;

(11) Any reimbursement of wage increases will be dated from the date of the increase in Federal Government

338

rates or the date when the increase was paid by the Contractor, whichever is the later.

ariation f Price - b-Contractors' Labour

(3) The provisions of sub-clause (2) of this Clause relating to the variations in price in respect of labour shall also apply to such Sub-Contractors as are, with the approval of the Engineer, directly employed at the site.

ariation f Price - verheads

(4) With the exception of amounts paid by the Contractor as premium in respect of workmen's compensation insurance directly related to variations of labour costs (which amount shall be shown separately and not shown in the schedules) no variation will be made to the contract by way of percentage or otherwise for overhead charges, profits, etc., on any of the increases or decreases which may be allowed under the provisions of this clause.

hange in overnment abour ategories

(5) The Engineer reserves the right, by mutual agreement with the Contractor to amend the provisions of sub-clause 73 (2) and Schedule 11 (B) of basic rates in the event of any new Government system of labour payment being introduced which materially changes the three categories A, B and C as shown in the Schedule No. 11 (B).

emporary dvances on onstructional lant

74. (1) Temporary advances will be made to the Contractor on account of constructional plant having an individual value of £250 and over owned by the Contractor used for the purpose of the contract and delivered at the site in working order, to the extent of 50 per cent of the assessed value thereof or at rates agreed by the Engineer.

Provided that

(a) The Contractor's tender exceeds £100,000.

(b) The total advances so made shall not exceed the equivalent of 25 per cent of the Contractor's tender.

(c) The constructional plant is insured in accordance with clause 21 hereof and is in the opinion of the Engineer's Representative in a satisfactory condition and of a type and a scale of provisioning which are reasonable.

vances on re Purchase ant

(2) Advances on items of plant that the Contractor proposes to obtain under hire purchase arrangements will be limited to the total initial down payment always providing that adequate receipts are available.

lues of ant

(3) The values to be placed on constructional plant under sub-clause (1) of this Clause shall be:-

(a) New plant - 100% of the invoiced value,

(b) used plant - 50% of the invoiced value. Notwithstanding the Engineer may devalue old plant if he considers the condition of individual pieces warrants such action.

The Contractor shall produce all vouchers that the Engineer may consider necessary for arriving at the amount of the advances. Any disagreement as to such values or amounts or any other question whatsoever which may be raised

as to the proper application of any of the provisions of this Clause shall be referred to the Engineer for decision.

Repayment of Advances on Plant

(4) The advances to be made under Sub-Clause (1) of this Clause shall cease when permanent work to the value of 30 per cent of the total cost of the permanent work according to the summary in the Bills of Quantities submitted by the Contractor (exclusive of the provision for additional works) has been completed. After the completion of the said 30 per cent of permanent work deductions shall commence and be made in all subsequent certificates for permanent work given by the Engineer on such basis and having regard to the provisions of Clause 53 (1) hereof as will ensure that all temporary advances already made on constructional plant shall before the expiration of the time for completion or alternatively the completion of the works should this occur within the time for completion be deducted from the sums which become payable to the Contractor. Any extension to the Contract period which may be granted under Clause 44 hereof shall not be made a condition for an extension of time of repayment of advances on plant, save with the approval of the Engineer. The several amounts to be deducted from time to time in certificates shall in case of dispute be settled by the Engineer. Provided that in the event of the Contract being determined under Clause 65 hereof the Employer may deduct the balance of the advance outstanding from any monies due or that may become due to the Contractor, or the Contractor shall upon demand pay to the Employer the amount of such balance and it shall be deemed a debt due by the Contractor to the Employer and shall be recoverable accordingly.

Returns for Advances

(5) The Contractor shall forward to the Engineer at the end of every month returns showing the constructional plant on which, subject to the provisions hereof, advances may be made and whenever the Contractor applies for an advance thereon he shall furnish to the Engineer all information required for making such an advance and the amount of any advance consequently made shall be included in the statement for the next following monthly measurement.

Temporary Advances for Materials on Site

(6) Temporary advances will be included in the Engineer's Certificates on account of materials delivered on the site ready for use and as specified. The materials as listed in the Schedule of Materials No. III (b) and at the rates shown only may rank as materials on which advances are allowable. The total advances for materials on site shall not exceed 30 per cent of the total value of the Contract Price named in the Contractor's Tender, all in accordance with Clause 60 (1) of the General Conditions. No advances will be made for materials in any central bulk store remote from the site nor for materials which are not of any approved character, as to which the decision of the Engineer shall be final.

No advance on materials shall be made at the end of the Contract period where any extension to such contract period shall have been granted under Clause 44 save with the approval of the Engineer.

Monthly Statements

75. Valuation of the monthly statements shall be made in accordance with Clause 60 of the Conditions of Contract. All monthly statements shall be certified by the Engineer's Representative on the site, or where no representative is available by such procedure as may be laid down by the Engineer. Monthly statements should be forwarded to reach the Engineer within 10 days after the month end to which the statement refers.

Application of Insurance Money

76. Should the Works or any part thereof or any of the materials, constructional plant or other things be damaged or lost during the continuance of any of the insurances aforesaid by any risk insured against, the Contractor shall proceed with the utmost despatch to make good such damage or loss and every sum of money received upon the policy or policies whether such insurance shall have been effected by the Contractor or by the Employer or whether the policies be in the name of either of them or in the joint names as in Clause 21 hereof provided shall be paid to the Employer and be paid by the Employer to the Contractor by such instalments as the Engineer shall think proper and certify, having regard to the progress made by the Contractor in making good the damage or loss aforesaid if and so far as such damage ought in the opinion of the Engineer to be made good for the proper conduct of the works or the construction, completion and maintenance of the works. If and so far as the said monies shall not be required for the purpose aforesaid they shall upon the directions in writing of the Engineer be paid over to the Contractor. If and so far as such monies shall be insufficient for the purpose aforesaid the deficiency shall be borne by the Contractor.

Government Regulations.

77. All government and local regulations which have been issued or which may be issued during the course of the works, shall be complied with, in so far as they affect the works.

Native Custom

78. No offence shall be caused to, or interference made with, any native or local customs, festivals or religious rites and in cases of doubt the matter shall be referred to the Engineer who will consult with the Local Administrative Officer or Authority.

Members of Government etc., not Personally Liable

79. Neither the President for the time being of the Federal Republic of Nigeria nor the Director of Federal Public Works nor the Engineer nor any member or officer of the Government of the Federal Republic of Nigeria nor any of their employees shall be in any way personally bound or liable for the acts or obligations of the Government under the contract or answerable for any default or omission in the observance or performance of any of the acts, matters or things which are herein contained.

Contractor not to employ employees of F.M.W.H.

80. The Contractor shall not induce men to leave permanent or contract employment under the Federal Ministry of Works and Housing, or under the respective Regional Ministries of Works, and shall not employ men who have left from such employment within the preceding twelve months.

Gifts, Inducements and Awards

81. Any commission, advantage, gift, gratuity, reward or bribe given, promised or offered by, or on behalf of the Contractor or his agent or servant or any other person on his or their behalf to any officer, servant, representative or agent of the Employer or of the Engineer or to any person on their behalf or on behalf of any of them in relation to the obtaining or to the execution of this or any other contract with the Employer shall, in addition to any criminal liability which may be thereby incurred, subject the Contractor to the cancellation of this and of all other contracts which he may have entered into with the Employer and also to the payment of any loss or damage resulting from such cancellation. The Employer shall be entitled upon a certificate in writing to the Engineer to deduct the amount so certified from any monies otherwise due to the Contractor under this or any

other contract to recover the said amounts as a debt due or partly the one and partly the other as the Employer shall deem advisable.

rms and mmunition

82. The Contractor shall not at any time import or sell, give, barter, or otherwise dispose of, any arms, ammunition or explosives of any description to any person or persons whatsoever not permit or suffer any of his Sub-Contractors, Agents or Employees to make such sale, gift, barter or other disposition.

revention Nuisance

83. The Contractor shall take all necessary precautions to prevent any nuisance or inconvenience to the owners, tenants, or occupiers of adjacent properties and to the public generally and shall at all times keep the roads and paths contiguous to the works in a safe clean and passable state.

Preservation Peace

84. The Contractor shall at all times during the progress of the works take all requisite precautions and use his best endeavours to prevent any riotous or unlawful behaviour by or amongst his workmen, labourers and others employed on, or in connection with, the works, and for the preservation of the peace, protection of all inhabitants, and the security of property on or in the neighbourhood of the site. The Contractor shall not be entitled to institute his own police force nor shall he interfere with the Government Police who shall have free and undisputed access at all times to any part of the site in the execution of their duties.

nitation

85. The Health Officer or other Sanitary Authority shall be informed when works are contemplated and when works are about to begin, and the instructions of the health or other sanitary authority shall be complied with.

The site shall be kept in a clean and sanitary condition. No nuisance shall be committed on or around the works, and latrines for the workmen and staff shall be provided in accordance with the requirements of the health or sanitary authorities.

rst Aid nd Life-saving pparatus

86. The Contractor shall provide on the site such life-saving apparatus as may be appropriate and an adequate and easily accessible first aid outfit or such outfits as may be required in any government ordinances, factories acts etc., subsequently published and amended from time to time. In addition an adequate number of persons permanently on the site will be instructed in their use, and the persons so designated shall be made known to all employees by the posting of their names and designations in a prominent position in the site area.

ollution f Water-ways

87. The Contractor shall take all necessary precautions to secure the efficient protection of all streams and waterways against pollution of all kinds.

easonal Variation of River Levels

88. The Contractor shall be deemed to have acquainted himself with the seasonal variation in the level of rivers in the area of the works, and the consequent variation of other water supplies and to have allowed for this in his planning and pricing of the works.

Damage by ire and Flood

89. The site shall be made safe from fire hazard by the removal of grass and other inflammable matter (other than materials to be used in the works) upon and for a sufficient

distance surrounding the site and by such other measures and by the enforcement of such site regulations as the Engineer may require. Adequate fire fighting equipment shall be provided together with personnel trained in its use. All temporary buildings shall be sited, and all materials shall be sited and stored or covered, so as not to be liable to damage by floods or rainfall.

90. There shall be no unnecessary obstruction of roads, railways, footpaths, waterways etc., during the course of the work and in no circumstances shall closure, in whole or in part, of these or any other "Right of Way" be permitted except with the prior permission of the Engineer in writing. Before granting such permission the Engineer shall consult with the authorities, government departments and/or persons concerned and when desirable shall publish due notice of the proposed action in the Government Gazette. All such obstructions shall be plainly marked and suitable warning notices erected at every point of approach. Subject to the above the Contractor may by-pass traffic over a detour approved by the Engineer. The Contractor shall keep the detour continuously in such condition satisfactory to the Engineer that traffic will be accommodated during the entire contract period. He shall provide and maintain in safe condition temporary approaches, intersections and any necessary feature without direct compensation save as may be approved in writing by the Engineer. Save that the authority for dealing with any matters concerning the railway shall be the Railway District Engineer.

91. The Contractor shall provide, erect and maintain all necessary barricades, suitable and sufficient red lights, danger signals, detour and other signs, provide a sufficient number of watchmen and take all necessary precautions for the protection of the work and safety of the public. Roads or sections of roads closed to traffic shall be protected by effective barricades, and obstructions shall be illuminated at night.

92. Claims for compensation for all crops, trees, houses and land within the area of the site are the responsibility of the Engineer who shall consult the appropriate Government Authorities.

93. The Contractor shall so plan the execution of the works that encroachment on public or private property outside the area of the site is reduced to a minimum. The Contractor shall be responsible for the negotiation and subsequent cost of all claims for compensation arising out of such encroachments made for the purpose of opening borrow pits, making temporary access or diversion roads, the construction of camps or for any other purpose. For claims of doubtful nature, the Contractor should refer the matter to the Engineer who will consult the appropriate Government Authorities.

94. (1) The Contractor shall make his own arrangements for storage space or yards such as he may require and shall not make use of Government or Native Authority facilities.

The area of such storage space or yards shall not encroach upon the area of the site without the written permission of the Engineer.

343

(2) Suitable temporary stores, sheds and offices, shall be erected in such positions as the Engineer may direct, and these shall be removed on completion of the works. All store buildings shall be adequate for the protection of the stores or materials to be kept therein and shall be constructed accordingly and as the Engineer may direct.

Approved materials may be stockpiled at such locations and in such amounts as the Engineer may direct.

Prior to stockpiling the sites shall be cleaned and levelled by the Contractor. Under no circumstances will materials be stockpiled on the road or verges. Stockpiles of differently graded aggregate will be kept separate.

[...]ials [...]mply [...]B.S.S.

95. The whole of the materials used in the works shall comply with the relevant B.S.S. irrespective of the country of origin.

In the event of the requisite materials not being available from Nigeria, then foreign materials shall only be used with the written consent of the Engineer.

[...]ials [...]ied by [...]mployer

96. On receipt of any materials obtained by the Contractor from the Employer the Contractor shall examine them and if no report be received by the Engineer within 48 hours of the delivery of any materials they shall be deemed to have been received by the Contractor without defect or deficiency.

[...]stance [...]sident [...]eer

97. When requested by the Engineer the Contractor shall provide at his own expense as many men as may be required to assist the Engineer in checking levels, setting out, making of concrete cubes, taking of soil samples, the testing of material incorporated in the works or any other work in connection with this Contract.

[...] and [...]ricity [...]ly

98. The Contractor shall be responsible for making all arrangements regarding the supply of water and electricity required for the purpose of the works and shall be responsible for the payment of all charges in connection therewith.

[...]osives [...]lasting

99. (A) The Contractor shall at all times take every possible precaution in, and shall conform with any law relating to the handling, transportation, storage and use of explosives, in particular the law relating to Storage and Use of Explosives Chapter 69 Vol. III of the Laws of Nigeria, and shall at all times when engaged in blasting operations post sufficient warning flags to the full satisfaction of the Engineer.

(B) The Contractor shall at all times make full liaison with, and inform well in advance, and obtain such permission as is required from all Government Authorities, public bodies and private parties whatsoever concerned or affected or likely to be concerned or affected by blasting operations.

(C) The Contractor shall provide, supply, handle, store and transport all explosives, ancillary materials and stores and all other things of every kind whatsoever required for blasting operations, all in a manner approved by the Engineer.

344

100. All temporary works such as buildings, scaffolding, timbering, cofferdams, borrow pits, trenches etc., shall be made safe and all designs for these temporary works shall be submitted to the Engineer for his approval before the works are commenced. All bolts, nails, timbers, etc., shall be inspected at suitable intervals to ensure that the condition of temporary structures is sound.

The Contractor shall be solely and without reservation responsible for the safety and security of all Temporary Works and Plant thereon of any kind or nature whatsoever which may be provided or erected for the execution of the Contract and approval by the Engineer of any design drawing or verbal statement of intention prepared or made by the Contractor shall not in any way relieve the Contractor of the liabilities and responsibilities imposed upon him by the provisions of this clause nor any of the liabilities imposed upon him by the Contract.

101. The Contractor shall forthwith and with despatch raise and remove any plant (floating or otherwise) belonging to him or to any Sub-Contractor or to any person employed by him which may be sunk in the course of the construction, completion or maintenance of the works or otheewise deal with the same as the Engineer may direct. Until the same shall be raised and removed the Contractor shall set all such bouys and display at night such lights and do all such things for the safety of navigation as may be required by the Government or by the Engineer. In the event of the Contractor not carrying out the obiligations imposed upon him by this clause the Employer may buoy and light such Sunken Plant and raise and remove the same (without prejudice to the right of the Employer to hold the Contractor liable) and the Contractor shall refund to the Employer all costs incurred in connection therewith. The fact that the sunken vessel craft or plant is declared, or has been declared, a total loss shall not absolve the Contractor from his obligations under this clause to raise and remove the same.



102. All materials and things of any kind obtained from excavations or found on or under the Site or under any additional site which the Contractor may be allowed to occupy shall remain the property of the Employer and shall not be used in the works or sold or otherwise disposed of without the written authority of the Engineer unless otherwise expressly provided in the Specification. No additional excavations are to be made upon the Site beyond those shown on the drawings or described in the Specification without the previous written authority of the Engineer.

103. Survey Beacons, Bench Marks, etc., on or around the site of the works shall not be disturbed unless permission has been obtained by the Engineer from the Survey Division of the Federal Ministry of Works and Housing. No beacons, pegs, stakes, etc., placed for the purpose of the works shall be disturbed without the prior permission of the Engineer.

104. No photographs of the Site or the works or any part thereof may be made except with the permission in writing of the Engineer and no such photographs shall be published or otherwise circulated without the like permission.



105. The Contractor shall at all times when authorised by the Engineer, give free and undisputed access and all facilities to any authorised employee of the Federal Ministry of Works and Housing or other representative of the Government wishing to view or inspect any part of the works or the materials to be incorporated therein.

106. The Contractor shall furnish the Engineer within one month of the acceptance of his tender full particulars of his programme for the execution of the Contract. The programme is to include time and progress charts arranged so that actual progress can be shown against anticipated progress. The F.M.W.H. Form 33 shall be used for this purpose, copies of which may be obtained from the Works Division, Federal Ministry of Works and Housing, Headquarters, Lagos, for perusal but the Contractor shall arrange for his own supply of these forms. After commencement of the Contract the Contractor shall arrange to forward to the Engineer each month a similar programme and progress chart in triplicate showing in black the approved programme and the completed work, and in red the progress made during the month.

107. Before final acceptance, the road and all ground occupied by the Contractor in connection with the works shall be cleared of all rubbish and all parts of the works shall be left in a neat and presentable condition satisfactory to the Engineer. This work shall be considered necessary work auxiliary to the accomplishment of the Contract and no direct payment shall be made therefor.

108. The permissible working space available free of charge to the Contractor will be that area of land upon which the works are to be constructed, subject to the Conditions of Clause 90 hereof. Any additional area required by the Contractor for the erection of site offices and workshops, for the storage of materials, and for the provision of the Resident Engineer's Site Office, etc., except that required for the erection of the Engineer's Representative's living accommodation, must be provided by the Contractor at his own expense.

109. The road works shall be taken over in completed sections not less than ten miles in length. Each completed section including any ancillary work ordered shall be certified in writing by the Engineer as completed in accordance with Clause 48 hereof. One half of the retention money for each completed section of road shall then be paid to the Contractor. Where a limiting amount of retention money is inserted in the Appendix to the Form of Tender one half of this amount shall be paid in proportion to the cost of the completed sections of road works. The Contractor shall then be responsible for the maintenance of these sections for the period of maintenance. Such maintenances shall include defects to subgrade, pavement and failure of culverts and bridges but such maintenance shall not include grass cutting and clearing drains. The Contractor shall be responsible for the maintenance of all verges, margins and side slopes for the period of maintenance and shall make good all erosions during the maintenance period whether the erosions are attributable to defects in workmanship or not. When the maintenance period has expired and provided that all necessary maintenance work has been satisfactorily carried out, the Engineer shall issue a maintenance certificate and the second portion of the retention money shall be paid to the Contractor.