

Home    Our Firm ⌄    Our Work    Our People    Careers    Contact us

# Our People

REQUEST APPOINTMENT

# Managing Partner - Dorothy Ufot, SAN, FCIArb (UK), C.Arb.



Ms. Ufot is the founding partner of the leading Nigerian firm Dorothy Ufot & Co. (established in 1994) where she heads the international arbitration and litigation departments of the firm. Dorothy specialises in international arbitration, litigation and other forms of dispute resolution, including investment treaty arbitration, enforcement of foreign arbitral awards, investment consulting, corporate and commercial law.

In 2009, Dorothy was elevated to the prestigious rank of Senior Advocate of Nigeria (SAN) (equivalent to Queen's Counsel), in recognition of her vast work in commercial litigation.

Dorothy is a fellow of the Chartered Institute of Arbitrators (UK) (CIArb) and a chartered arbitrator. She is a former member of

the Court of Arbitration of the International Chamber of Commerce (ICC) Paris (2006-2018), and a member of the Court of Arbitration of the Casablanca International Mediation and Arbitration Centre Morocco, since 2016.

Dorothy was designated to serve a six-year term on the panel of arbitrators of the International Centre for the Settlement of Investment Disputes (ICSID) in February 2017.  She is a former global vice president of the ICC Commission on Arbitration and ADR, and currently a member of the council of the ICC Institute of World Business Law and vice chair of the arbitration and ADR commission of ICC Nigeria as well as the treasurer of ICC's Nigeria committee.

Dorothy is on the panel of arbitrators for the American Arbitration Association (AAA)/International Centre for Dispute Resolution (ICDR), ICSID, KCAB International, CIArb, the Hong Kong International Arbitration Centre (HKIAC), the Dubai International Arbitration Centre (DIAC), the Singapore International Arbitration Centre (SIAC), the Kuala Lumpur Regional Centre for Arbitration (Now AIAC), the Beijing Arbitration Commission/Beijing International Arbitration Center (BAC/BIAC),the Lagos Regional Centre for International Commercial Arbitration and the Energy Arbitrators' List.

A former vice chair of the arbitration committee of the International Bar Association (IBA), Dorothy served as a council member of the IBA's legal practice division (2006–2010) and a member of its nominations committee for two terms (2012–2016). She is a member of the London Court of International Arbitration (LCIA), Arbitral Women, the International Council for Commercial Arbitration, the International Bar Association (IBA), the London Oil & Gas Arbitration Club and several other professional associations.

Dorothy has acted as an arbitrator in several complex, high-volume arbitrations in oil and gas, international construction projects, international supply contracts, infrastructure development, telecommunications and financial services. She has been appointed as an arbitrator by major multinational oil corporations, the ICC International Court of Arbitration, LCIA, AAA/ICDR, RCICAL, the Arbitration Institute of the Stockholm Chamber of Commerce, DIAC, state governments, federal government agencies and large and medium-sized public and private companies in arbitrations

taking place in Africa, Europe and the UAE.

Dorothy was a co-arbitrator in a recently concluded US$3.2 billion oil dispute in respect of some strategic alliance agreements involving the Nigerian state oil entity. Ongoing cases include those of the LCIA in a multibillion dollar gas dispute involving an African country, a construction dispute between two Nigerian parties, the AAA/ICDR in respect of a security agreement, ICSID annulment cases, as well as ongoing litigation in Nigerian trial and appellate courts in respect of the recognition and enforcement of foreign arbitral awards, including ongoing high profile litigation cases for several Nigerian banks.

She has served as a member of the governing council of the Nigerian Stock Exchange, and chair of its rules and adjudication committee; and as non-executive director of several companies, including Chevron Oil Nigeria PLC and MRS Oil Nigeria PLC. Dorothy currently sits on the board of SO&U Limited (one of Nigeria's premier advertising and media relations companies), Dangote Cement Nigeria PLC (Africa's largest cement producer), Dangote Cement Ethiopia, the Nigerian Prize for Leadership and the Nigerian Bar Association Women Forum, and the Nigerian Bar Association General Purpose Committee.

A member of the advisory board of the Journal of International Arbitration, Dorothy is a regular speaker on oil and gas, international arbitration, and dispute resolution generally, appearing at several international and local conferences – particularly those organised by the IBA and the Nigerian Bar Association.

She is listed in the 'New List – Arbitrators of African Descent'. It is noteworthy that Dorothy recently won the prestigious award of African Arbitrator of the Year 2020, which election took place on the sidelines of the 8th East Africa International Arbitration Conference organised by the African Arbitration Association in Nairobi, Kenya on 28th August, 2020.

Dorothy is recommended as a leading expert in WWL: Commercial Arbitration (2009 to 2020).

She is fluent in English.



# Of Counsel - Mr. Chigoziri Onwumere, Esq.

Osondu Chigoziri Onwumere, Esq., is a Nigerian-trained lawyer. He studied at the Collage of Legal Studies, Imo State University  (1984 – 1988) under the tutelage of Prof. A. Oye Cukwura, Esq., Prof. Osita C. Eze, Esq., Prof. C. O. Okonkwo, Hon Mr. Justice Ihejetoh (ret.), Awa Kalu, Esq.,SAN,  U. J. Oshimiri, Esq., V. Mpamugo, Esq.,  Earnest Ojukwu, Esq., Emeka Chianu  and Dr. B. K. Bakibinga, Esq., among others. At the Nigerian Law School, Victoria Island, Lagos, he learned Civil Procedure, Criminal Procedure, Legal Drafting, Commercial Law and Professional Ethics under the tutelage of B. A. Ibironke, Esq., SAN; Dr. K.  Abayomi, Esq.; D. V. F. Olateru-Olagbegi, Esq.; C. O. Adubi, Esq.; P. C. Anaekwe, Esq.; O. Doherty (Mrs.), B. Yusuf, Esq., M. A. Adebiyi (Mrs.) among others. He was recommended to be called to the Nigerian Bar and enrolled at the Supreme Court in December 1989 by the Hon. Mr. Justice A. G.  Karibi-Whyte, Justice of the Supreme Court.

He is a pioneer member of the Editorial Board of ALL FEDERATION WEEKLY LAW REPORTS (All FWLR). He is the author of ANATOMY OF LEGAL ACTIONS: A Law Reporter's Storybook (published 2013). He is a consummate legal researcher and writer. He co-edited THE ADEJUMO JUDGMENTS & SPEECHES ON LABOUR LAW (published 2019). He is a seasoned advocate.

# Associate - Toheeb Amuda, Esq.



Toheeb O. Amuda is a Legal Practitioner, an Investment Consultant and currently an Associate at the firm.

Toheeb bagged his Bachelor of Laws (LL.B) Degree from Obafemi Awolowo University, Ile-Ife after which he proceeded to the Nigeria Law School for his B.L.

He is an Associate of the Institute of Chartered Mediators and Conciliators (ICMC), a Member of the International Law Association (ILA), the Nigerian Bar Association and the Nigerian Bar Association, Section on Business Law (NBA-SBL).

He holds a Certificate from the World Bank Group on Unlocking Investments and Finance in Emerging Markets and Developing Economies (EMDEs).

Toheeb specializes in the dispute resolution, corporate and commercial practice areas of the firm. He prepares routine and non-routine commercial agreements and has cognate experience in general Commercial and Civil Litigation in Nigerian Courts.



# Associate - David Edet, Esq.

David Edet has cognate experience in the areas of dispute resolution and corporate commercial law. He is a graduate of the prestigious University of Nigeria where he obtained his LL.B degree with Honours. He also obtained his B.L from the Nigerian Law School, Lagos.

David is currently an Associate in the Dispute Resolution and Arbitration Practice of the firm. He regularly represents and advises corporations in various sectors ranging from construction, power, oil and gas, aviation, banking, advertising, insurance, FMCG and shipping.

David holds a certificate in International Development from the Institute for Development Research (IDR), a Certificate in Development Finance from the World Bank and a Certificate in Regulatory Compliance from the University of Pennsylvania.

David is a member of the Association of Young Arbitrators (AYA), Young International Council for Commercial Arbitration (ICCA) and the International Youth Federation (IYF).

# Paralegal Team

# Mr. Andrew Chukwuma  # Mr. Albert Okegbe  # Mr. Obinna Udeobi

## Contact Us

## Practice Areas

Dorothy Ufot & Co is a full service commercial and litigation practice law firm based in Lagos Nigeria.

2nd Floor, Okoi Arikpo House, 5 Idowu Taylor Street, Victoria Island, Lagos.

Email Address: info@dorothyufotandco.com dorothyufotandco@gmail.com.

**Working Hours**
Monday -Friday: 9am–6pm

▸ Litigation And Arbitration

▸ Oil & Gas

▸ Power & Mining

▸ Securities And Capital Market

▸ Foreign Investment

▸ Regulatory And Government Relations

▸ Labour And Employment

Copyright © 2021 Dorothy Ufot & Co

Powered by Dorothy Ufot & Co