UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD,<br><br>Petitioners,<br><br>vs.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondent | No. |

## **LCvR 26.1 CERTIFICATE**

I, the undersigned, counsel of record for PICCOL Nigeria Ltd., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of PICCOL Nigeria Ltd. which have any outstanding securities in the hands of the public:

      None

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

PICCOL NIGERIA LTD.

By its attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Dated: August 24, 2021