CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Peter A. Chiejina and PICCOL Nigeria, Ltd.

Plaintiff(s)

vs.

Federal Republic of Nigeria

Defendant(s)

Civil Action No.: 21-02241

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

Minister of Foreign Affairs
Ministry of Foreign Affairs of Nigeria
Tafawa Balewa building, Federal Secretariat
CBD, Abjua
Nigeria

by: (check one)
- ☐ certified or registered mail, return receipt requested
- ☐ DHL
- ☑ Fed Ex

pursuant to the provisions of: (check one)
- ☐ FRCP 4(f)(2)(C)(ii)
- ☑ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): Nigeria, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Theodore J. Folkman
(Signature)

Theodore J. Folkman
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109

(Name and Address)