# FedEx International Air Waybill

**PACKAGE LABEL** / **COMMERCIAL INVOICE LABEL** / **DELIVERY RECORD LABEL** / **DELIVERY REATTEMPT LABEL**

Tracking Number: 8155 4619 9351

## 1 From
- Date: [blank]
- Sender's Name: Theodore Folkman
- Sender's FedEx Account Number: 673554270
- Company: Folkman LLC
- Address: 53 State St. Suite 300
- City: Boston
- State: MA
- ZIP: 02109
- Country: USA

## 2 To
- Recipient's Name: Minister of Foreign Affairs
- Company: Ministry of Foreign Affairs
- Address: Tafawa Balewa Bldg., Federal Secretariat
- City: Abuja
- State: CBD
- Country: Nigeria

## 3 Shipment Information
(blank)

## 4 Express Package Service
☒ FedEx Intl. Priority

## 5 Packaging
☒ FedEx Pak

## 6 Special Handling and Delivery Signature Options
(none checked)

## 7 Payment
☒ Sender

## 8 Required Signature
Sender's Signature: [signed]

Form ID No. 0402

662