UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD,<br><br>Petitioners,<br><br>vs.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondent | No. 1:21-cv-02241-RJL |

## **DECLARATION OF THEODORE J. FOLKMAN**

I, Theodore J. Folkman, make the following declaration.

1. I am counsel to the Petitioners in this action. I was admitted to the bar of Massachusetts in 2001 and to the bar of this Court in 2018 and have been continually in good standing since my admission.

2. On August 25, 2021, I sent to the Clerk's Office the following documents for service on the Minister of Foreign Affairs of the Federal Republic of Nigeria: Summons; Notice of Suit, with the text of the FSIA attached; Petition to Confirm Arbitral Award; Memorandum in Support of Petition to Confirm Foreign Arbitral Award; Declaration of Theodore J. Folkman; LCvR 26.1 Certificate; and Civil Cover Sheet. Per the *Attorney Manual for Service of Process on a Foreign Defendant,* I also enclosed an Affidavit Requesting Foreign Mailing, the Notice of Electronic Filing confirming the ECF filing of the Affidavit Requesting Foreign Mailing, a FedEx international waybill, and FedEx packaging.

3. On September 10, 2021, I sent a new FedEx waybill to the Clerk's office at its request.

2

4.  Attached to this Declaration as Exhibit 1 is a true copy of the FedEx proof of service showing that the papers mailed by the Clerk's Office to the Minister of Foreign Affairs of the Federal Republic of Nigeria were received on September 28, 2021.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 30, 2021.

/s/ Theodore J. Folkman

Theodore J. Folkman
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law