September 29, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 815546199351

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | SUNDAY D.H. | **Delivery Location:** | TAFAWA BA I EWA BLDG. , FEDERAL SE |
| **Service type:** | International Priority | | CBD |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | ABUJA, 232 |
| | | **Delivery date:** | Sep 28, 2021 13:38 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 815546199351 | **Ship Date:** | Sep 17, 2021 |
| | | **Weight:** | 4.9 LB/2.22 KG |

**Recipient:**
MINISTER OF FOREION AFFA III, MINISTRY OF FORE II N AFFA I RS OF
TAFAWA BA I EWA BLDG. , FEDERAL SE
CBD
ABUJA, NG, 232

**Shipper:**
THEODORE FOLKMAN, FOLKMAN WC
53 STATE ST. SUITE I 00
BOSTON, MA, US, 02109

Signature Proof of Delivery is not currently available for this Tracking Number.  Availability of signature images may take up to 5 days after delivery date. Please try later, or contact Customer Service at 1.800.Go.FedEx(R) 800.463.3339.

Thank you for choosing FedEx



TRACK ANOTHER SHIPMENT

815546199351
ADD NICKNAME

Delivered
Tuesday, September 28, 2021 at 1:38 pm

**DELIVERED**
Signed for by: SUNDAY D.H.

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

Direct signature required

Request proof of delivery

For a detailed proof of delivery, enter the 9-digit shipper or payer FedEx account number associated with this shipment.

ACCOUNT NUMBER (OPTIONAL)

**VIEW PDF**

CANCEL

**FROM**
BOSTON, MA US

**TO**
ABUJA, NG

Travel History

TIME ZONE
Local Scan Time

Tuesday, September 28, 2021

| 1:38 PM | ABUJA NG | Delivered |
|---|---|---|

Monday, September 27, 2021

| 5:31 PM | ABUJA NG | In transit |
|---|---|---|

Friday, September 24, 2021

| 5:15 PM | ABUJA NG | In transit |
|---|---|---|

Thursday, September 23, 2021

| 10:38 AM | LAGOS NG | In transit<br>Package available for clearance |
|---|---|---|

Wednesday, September 22, 2021

| 11:45 PM | LAGOS NG | In transit |
|---|---|---|
| 7:40 AM | FELTHAM GB | In transit |
| 7:40 AM | FELTHAM GB | At destination sort facility |

Tuesday, September 21, 2021

| 6:10 AM | FELTHAM GB | In transit |
|---|---|---|
| 6:02 AM | FELTHAM GB | In transit |
| 12:29 AM | STANSTED GB | In transit |

Sunday, September 19, 2021

| 12:08 PM | STANSTED GB | In transit |
|---|---|---|

Saturday, September 18, 2021

| 5:18 AM | MEMPHIS, TN | Departed FedEx hub |
|---|---|---|
| 5:14 AM | MEMPHIS, TN | In transit |
| 3:10 AM | MEMPHIS, TN | In transit |

Friday, September 17, 2021

| 11:51 PM | MEMPHIS, TN | Arrived at FedEx hub |
|---|---|---|
| 6:07 PM | WASHINGTON, DC | Picked up |

Shipment Facts

| **TRACKING NUMBER** | **SERVICE** | **WEIGHT** |
|---|---|---|
| 815546199351 | International Priority | 4.9 lbs / 2.22 kgs |
| **DELIVERED TO** | **TOTAL PIECES** | **TOTAL SHIPMENT WEIGHT** |

Case 1:21-cv-02241-RJL   Document 9-1   Filed 09/30/21   Page 4 of 4

| | | |
|---|---|---|
| Receptionist/Front Desk | 1 | 4.9 lbs / 2.22 kgs |

**TERMS**  
Shipper

**PACKAGING**  
FedEx Small Box

**SPECIAL HANDLING SECTION**  
Deliver Weekday, Direct Signature Required

**SHIP DATE**  
9/17/21

**SIGNATURE SERVICES**  
Direct signature required

**STANDARD TRANSIT**  
9/23/21 before 8:00 pm

**ACTUAL DELIVERY**  
9/28/21 at 1:38 pm