AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02241-RJL |
| FEDERAL REPUBLIC OF NIGERIA | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL REPUBLIC OF NIGERIA.

Date: 11/23/2021

/s/ Tara Lee
*Attorney's signature*

Tara Lee MD17902
*Printed name and bar number*
701 Thirteenth Street, NW
Washington, DC 20005-3807

*Address*

tara.lee@whitecase.com
*E-mail address*

(202) 626-3697
*Telephone number*

(202) 639-9355
*FAX number*