AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| PETER A. CHIEJINA and PICCOL NIGERIA LTD | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-cv-02241-RJL |
| FEDERAL REPUBLIC OF NIGERIA | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL REPUBLIC OF NIGERIA.

Date: 11/23/2021

/s/ Scott Lerner
*Attorney's signature*

Scott Lerner 1024964
*Printed name and bar number*

701 13th Strett, NW
Washington, DC 20005-3807

*Address*

scott.lerner@whitecase.com
*E-mail address*

(202) 626-6531
*Telephone number*

(202) 639-9355
*FAX number*