UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and<br>PICCOL NIGERIA LTD,<br><br>Petitioners,<br><br>v.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondent. | Case No. 1:21-cv-02241-RJL |

### MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Local Civil Rule 83.2(d), Respondent the Federal Republic of Nigeria, by and through undersigned counsel, Tara M. Lee, a member of the Bar of this Court, respectfully moves for the admission and appearance of attorney Benedict Schwedel Bernstein *pro hac vice* in the above-captioned action.[1]

In support of this motion, the undersigned states:

1.  Mr. Bernstein is an attorney at White & Case LLP, 701 Thirteenth Street, N.W., Washington, D.C. 20005; telephone (202) 729-2964.

2.  As set forth in the Declaration of Mr. Bernstein accompanying this motion, Mr. Bernstein is admitted and an active member in good standing of the Virginia State Bar. Mr. Bernstein is also a member in good standing of the bars of the U.S. District Courts for the Eastern and Western Districts of Virginia. Mr. Bernstein's application for admission to the District of Columbia Bar is currently pending. He has not been disciplined by any bar.

3.  Mr. Bernstein has not previously been admitted *pro hac vice* in this Court.

---

[1] By filing this motion the Federal Republic of Nigeria does not waive and expressly reserves all privileges, immunities, and defenses including as to service of process.

WHEREFORE, the Federal Republic of Nigeria, by and through undersigned counsel, respectfully move that this Court enter an Order permitting Benedict S. Bernstein to appear *pro hac vice* in the above-captioned action on behalf of Respondent.

Dated: November 23, 2021
Washington, D.C.

Respectfully submitted,

**WHITE & CASE**

By: /s/ *Tara Lee*
Tara M. Lee
Bar No. MD17902
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3697
tara.lee@whitecase.com

*Counsel for Respondent*
*Federal Republic of Nigeria*