UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and<br>PICCOL NIGERIA LTD,<br><br>                Petitioners,<br><br>     v.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>                Respondent. | Case No. 1:21-cv-02241-RJL |

**DECLARATION OF BENEDICT S. BERNSTEIN**
**IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

I, Benedict Schwedel Bernstein, pursuant to 28 U.S.C. § 1746, declare as follows:

1. Pursuant to Local Civil Rule 83.2, I certify that I am eligible for admission to this Court.

2. I am an attorney at White & Case LLP, 701 Thirteenth Street, N.W., Washington, D.C. 20005; telephone (202) 729-2964.

3. I am admitted and an active member in good standing of the Virginia State Bar. I am also a member in good standing of the bars of the U.S. District Courts for the Eastern and Western Districts of Virginia. My application for admission to the District of Columbia Bar is currently pending.

4. I have never been disciplined by any bar.

5. I have not previously been admitted *pro hac vice* in this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 23, 2021
       Washington, D.C.

                                                                                   */s/ Benedict S. Bernstein*
                                                                                    Benedict S. Bernstein