**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD,<br><br>　　　　　　　Petitioners,<br><br>　v.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>　　　　　　　Respondent. | Case No. 1:21-cv-02241-RJL |

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

Upon consideration of Respondent the Federal Republic of Nigeria's Motion for Admission *Pro Hac Vice* for Benedict S. Bernstein and the accompanying Declaration, it is hereby

ORDERED**,** that the Motion is hereby GRANTED; and it is further

ORDERED that Benedict S. Bernstein is admitted *pro hac vice* for the purposes of representing Respondent the Federal Republic of Nigeria in the above-captioned action.

**SO ORDERED** this ____ day of _____ 2021.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Hon. Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　United States District Judge