**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER A. CHIEJINA and<br>PICCOL NIGERIA LTD,<br><br>               Petitioners,<br><br>    *v.*<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>               Respondent. | Case No. 1:21-cv-02241-RJL |

**CONSENT MOTION TO EXTEND DEADLINE**
**TO ANSWER OR OTHERWISE RESPOND TO PETITION**

Respondent the Federal Republic of Nigeria, by and through undersigned counsel, with the consent of counsel for Petitioners, respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension of Respondent's deadline to answer or respond to the Petition until January 26, 2022, and as grounds for this motion, states as follows.[1]

1.      Petitioners Peter A. Chiejina and PICCOL Nigeria Ltd. filed a Petition (ECF No. 1) on August 24, 2021, seeking to confirm an arbitral award issued by the Regional Centre for International Commercial Arbitration, in Lagos, Nigeria.

2.      Counsel for Petitioners filed an Affidavit (ECF No. 9) on September 30, 2021, reflecting that process was purportedly served on Respondent on September 28, 2021 by mailing to the Minister of Foreign Affairs in Abuja, Nigeria.

3.      Nigeria has only recently retained undersigned counsel to appear in this matter. Granting this consent motion would accord counsel the time necessary to study the case file, including the extensive arbitration materials, and prepare Nigeria's arguments and defenses.

---

[1] By filing this motion the Federal Republic of Nigeria does not waive and expressly reserves all privileges, immunities, and defenses including, but not limited to, as to personal jurisdiction and service of process.

4.      Undersigned counsel has conferred with counsel for Petitioners who has consented to a sixty-day extension of Respondents time to answer or otherwise respond to the Petition to Wednesday January, 26 2022.

5.      This is the first request to extend a deadline made by any party.  There are currently no other pending deadlines in this action.

WHEREFORE, the Federal Republic of Nigeria, by and through undersigned counsel, with the consent of counsel for Petitioners, respectfully moves that this Court enter an Order extending Respondent's deadline to answer the Petition 60 days to January 26, 2022.


Dated: November 23, 2021                    Respectfully submitted,
       Washington, D.C.

                                            **WHITE & CASE**

                                            By: /s/ *Tara Lee*
                                            Tara M. Lee (Bar No. MD17902)
                                            Scott Lerner (Bar No. 1024964)
                                            Benedict S. Bernstein (*pro hac vice* pending)
                                            WHITE & CASE LLP
                                            701 Thirteenth Street, N.W.
                                            Washington, D.C. 20005
                                            Telephone: (202) 626-3697
                                            tara.lee@whitecase.com
                                            scott.lerner@whitecase.com
                                            benedict.bernstein@whitecas.com

                                            *Counsel for Respondent*
                                            *Federal Republic of Nigeria*

2