**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PETER A. CHIEJINA and<br>PICCOL NIGERIA LTD,<br><br>　　　　　　　Petitioners,<br><br>　　v.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>　　　　　　　Respondent. | Case No. 1:21-cv-02241-RJL |

**[PROPOSED] ORDER EXTENDING DEADLINE
<u>FOR RESPONDENT TO ANSWER OR RESPOND</u>**

Upon consideration of Respondent the Federal Republic of Nigeria's Consent Motion to extend the deadline for Respondent to answer or otherwise respond to the Petition, it is hereby

ORDERED**,** that the Motion is hereby GRANTED; and it is further

ORDERED that Respondent the Federal Republic of Nigeria shall answer or otherwise respond to the Petition on or before January 26, 2022.

**SO ORDERED** this _____ day of _____ 2021.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Richard J. Leon
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge