AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-cv-02241-RJL |
| FEDERAL REPUBLIC OF NIGERIA | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FEDERAL REPUBLIC OF NIGERIA                                                                                           .

Date:   11/29/2021                                                                    /s/ Benedict S. Bernstein
                                                                                                 *Attorney's signature*

                                                              Benedict S. Bernstin (admitted pro hac vice)
                                                                        *Printed name and bar number*
                                                                          701 Thirteenth Street NW
                                                                          Washington, D.C. 20005-3807

                                                                                        *Address*

                                                                       benedict.bernstein@whitecase.com
                                                                                    *E-mail address*

                                                                                   (202) 729-2964
                                                                                *Telephone number*

                                                                                   (202) 639-9355
                                                                                   *FAX number*