# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PETER A. CHIEJINA, and
PICCOL NIGERIA LTD.,

        *Petitioners*,

    v.

FEDERAL REPUBLIC OF NIGERIA,

        *Respondent*.

Civil Action No. 1:21-cv-02241-RJL

## UNOPPOSED MOTION TO EXTEND DEADLINE
## TO ANSWER OR OTHERWISE RESPOND TO PETITION

Respondent Federal Republic of Nigeria, by and through undersigned counsel, respectfully moves pursuant to Federal Rule of Civil Procedure 6(b)(1), for an extension to Respondent's deadline to answer or otherwise respond to the Petition until February 9, 2022. This is Respondent's second motion to extend its deadline to respond to the Petition and, as grounds for this motion, Respondent states as follows:[1]

    1.    On September 30, 2021, Petitioners' counsel purported to serve process on the Respondent Federal Government of Nigeria on September 28, 2021. ECF No. 9.

    2.    Upon retaining counsel, Respondent, with the consent of Petitioners, moved for an extension to respond to the Petition by January 26, 2022, which this Court granted on November 26, 2021. *See* ECF No. 13.

    3.    Since being retained, Respondent's counsel has worked diligently to review the

---

[1] By filing this motion, Respondent Federal Republic of Nigeria does not waive and expressly reserves all privileges, immunities, and defenses including, but not limited to, as to personal jurisdiction and service of process.

Petition, gather facts, and prepare a response to the Petition. Because Respondent is a foreign state, Respondents' responsive pleading must go through multiple levels of governmental review and approval, including up through Respondent's Attorney General, before counsel can file the response. Counsel is in the process of obtaining those approvals, but requires additional time to complete these efforts. Accordingly, Respondent respectfully requests a 14-day extension of the current deadline (January 26, 2022) so that Respondent's response would be due February 9, 2022.

4.      Respondent conferred with counsel for Petitioners before filing this motion and Petitioners do not oppose this motion. The requested extension will not materially delay this action nor negatively impact subsequent deadlines, which will not be triggered until Respondent files its response pursuant to the Court's standing order, ECF No. 15.


Dated: January 26, 2022
        Washington, DC

Respectfully submitted,

**WHITE & CASE**

 /s/ *Tara M. Lee*
Tara M. Lee (DC Bar No. 17902)
Scott Lerner (DC Bar No. 1024964)
Benedict Bernstein (admitted *pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:      + 1 202 626 3600
Facsimile:      + 1 202 639 9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Respondent*
*Federal Republic of Nigeria*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Unopposed Motion To Extend Deadline To Answer Or Otherwise Respond To Petition was served on all counsel of record by Electronic Case Filing (ECF) on the 26th day of January 2022.

/s/  *Tara M. Lee*
Tara M. Lee (DC Bar No. 17902)