UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA, and PICCOL NIGERIA LTD., <br><br> *Petitioners*, <br><br> v. <br><br> FEDERAL REPUBLIC OF NIGERIA, <br><br> *Respondent*. | Civil Action No. 1:21-cv-02241-RJL |

**[PROPOSED] ORDER EXTENDING DEADLINE
FOR RESPONDENT TO ANSWER OR RESPOND**

Upon consideration of Respondent Federal Republic of Nigeria's Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Petition, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Respondent Federal Republic of Nigeria shall answer or otherwise respond to the Petition on or before February 9, 2022.

**SO ORDERED** this \_\_\_\_ day of _____ 2022.

_____
Hon. Richard J. Leon
United States District Judge