# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA, and PICCOL NIGERIA LTD., <br><br> *Petitioners*, <br><br> v. <br><br> FEDERAL REPUBLIC OF NIGERIA, <br><br> *Respondent*. | Civil Action No. 1:21-cv-02241-RJL |

## RESPONDENT FEDERAL REPUBLIC OF NIGERIA'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1), 12(b)(2), and 12(b)(5) of the Federal Rules of Civil Procedure, Respondent hereby moves to dismiss Petitioners' Petition. The grounds for this motion are set forth in the accompanying statement of points and authorities.

Dated: February 9, 2022
  Washington, DC

Respectfully submitted,

WHITE & CASE

 /s/ *Tara M. Lee*
Tara M. Lee (DC Bar No. 17902)
Scott Lerner (DC Bar No. 1024964)
Benedict S. Bernstein (admitted *pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:  + 1 202 626 3600
Facsimile:  + 1 202 639 9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Respondent*
*Federal Republic of Nigeria*

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Respondent's Motion to Dismiss was served on all counsel of record by Electronic Case Filing (ECF) on the 9th day of February 2022.

/s/ *Tara M. Lee*
Tara M. Lee (DC Bar No. 17902)