UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PETER A. CHIEJINA, and
PICCOL NIGERIA LTD.,

    *Petitioners*,

v.

FEDERAL REPUBLIC OF NIGERIA,

    *Respondent*.

Civil Action No. 1:21-cv-02241-RJL

**[PROPOSED] ORDER GRANTING
RESPONDENT'S MOTION TO DISMISS**

THIS MATTER comes before the Court on Respondent Federal Republic of Nigeria's Motion to Dismiss. Having considered the Motion and all of the parties' submissions, **IT IS HEREBY ORDERED** that Respondent's Motion is **GRANTED**.

**SO ORDERED** this \_\_\_\_ day of _____ 2022.

District of Columbia

_____
The Honorable Richard J. Leon
United States District Judge