UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD.,<br><br>Petitioners,<br><br>vs.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondent | No. 1:21-cv-02241-RJL |

**PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO OPPOSE MOTION TO DISMISS**

The petitioners, Peter A. Chiejina and PICCOL Nigeria Ltd., move, pursuant to Fed. R. Civ. P. 6(b)(1), for an extension of time to February 25, 2022 to oppose the respondent's motion to dismiss. In support of this motion, the petitioners say as follows:

1. The respondent filed its motion to dismiss on February 9, 2022. Under LCvR 7(b), the petitioners' opposition is currently due to be filed on February 23, 2022.

2. The week of February 21 is a school vacation week in Massachusetts, and counsel for the petitioners has prior plans, including a hotel reservation, to spend February 22-24 with his family on a short vacation.

3.	The petitioners have not previously sought an extension of time. Counsel for the respondent has consented to this motion.

Respectfully submitted,

PETER A. CHIEJINA and
PICCOL NIGERIA LTD.

By their attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Dated: February 16, 2022