UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD., <br><br> Petitioners, <br><br> vs. <br><br> FEDERAL REPUBLIC OF NIGERIA, <br><br> Respondent | No. 1:21-cv-02241-RJL |

**[PROPOSED] ORDER**

This case is before the Court on the Respondent's Motion to Dismiss (ECF 17). The

Court has considered the Motion and the parties' arguments and submissions. The Motion is

denied.

                                                      _____

                                                      Hon. Richard J. Leon, J.
                                                      U.S. District Judge

Dated: