UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD., <br><br> Petitioners, <br><br> vs. <br><br> FEDERAL REPUBLIC OF NIGERIA, <br><br> Respondent | No. 1:21-cv-02241-RJL |

**JOINT STATEMENT**

Pursuant to the Case Management Order dated December 13, 2021 (ECF No. 15), the parties make the following joint statement:

1. The case is exempt from the requirements of Fed. R. Civ. P. 16(b) and 26(f), because it is an action to enforce an arbitral award. *See* LCvR 16.3(b)(9).

2. The parties believe the case is likely to be disposed of solely through the filing of dispositive motions. In the event the Court denies the Respondent's pending motion to dismiss for lack of personal and subject matter jurisdiction, the parties jointly propose the following schedule:

| | |
|---|---|
| Cross-motions for summary judgment filed | 90 days after decision on motion to dismiss |
| Oppositions filed | 45 days after motions filed |
| Replies filed | 21 days after oppositions filed |

3. The parties have not reached an agreement on whether any proceedings concerning the applicable exchange rate and computation of damages may be necessary, and the schedule proposed above is intended to accommodate the possibility of proceedings on those

questions before the filing of dispositive motions. The parties may wish to request oral hearings on the dispositive motions pursuant to LCvR 7(f).

Respectfully submitted,

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD. | FEDERAL REPUBLIC OF NIGERIA |
| By their attorney: | By its attorneys: |
| */s/ Theodore J. Folkman* | */s/ Tara M. Lee* |
| Theodore J. Folkman<br>FOLKMAN LLC<br>53 State St., Suite 500<br>Boston, MA 02109<br>(617) 219-9664<br>ted@folkman.law | Tara M. Lee (DC Bar No. 17902)<br>Scott Lerner (DC Bar No. 1024964)<br>Benedict S. Bernstein (pro hac vice)<br>WHITE & CASE LLP<br>701 Thirteenth St., NW<br>Washington, DC 20005<br>(202) 626-3600<br>tara.lee@whitecase.com<br>scott.lerner@whitecase.com<br>benedict.bernstein@whitecase.com |

Dated: March 7, 2022