UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA and PICCOL NIGERIA LTD.,<br><br>Petitioners,<br><br>vs.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondent | No. 1:21-cv-02241-RJL |

**PETITIONERS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The petitioners, Peter A. Chiejina and PICCOL Nigeria Ltd., submit as a supplemental authority in support of their opposition to the respondent's motion to dismiss the DC Circuit's opinion in *Process & Industrial Development Ltd. v. Federal Republic of Nigeria,* case no. 21-7003, which was issued on March 11, 2022. The slip opinion is attached to this notice as Exhibit 1.

The new opinion avoids decision on whether the DC Circuit will formally adopt the rule of *Seetransport Wiking Trader Schiffarhtsgesellschaft mbH & Co. v. Navimplex Centrala Navala,* 989 F.2d 572 (2d Cir. 1993), on the implied waiver of foreign sovereign immunity, a matter discussed on pages 16-17 of the petitioners' memorandum in opposition. Instead, it affirms the District Court denial of Nigeria's motion to dismiss for lack of jurisdiction on alternate grounds under the arbitration exception to foreign sovereign immunity. The opinion states that although the DC Circuit "has not formally adopted" *Seetransport,* it has "favorably cited *Seetransport* and its reasoning in dicta and in an unpublished opinion." *Process & Indus. Dev.,* slip op. at 6.

The petitioners respectfully request that the Court consider this supplemental authority in connection with the parties' arguments on implied waiver, and in particular when evaluating Nigeria's argument (Reply Mem. at 8) that the DC Circuit's invitation to the United States to submit its views on implicit waiver as an *amicus curiae* indicated that the court was reconsidering the favorable view of *Seetransport* it took in *Creighton Ltd. v. Government of Qatar,* 181 F.3d 118 (D.C. Cir. 1999), and *Tatneft v. Ukraine,* 771 Fed. App'x 9 (D.C. Cir. 2019).

Respectfully submitted,

PETER A. CHIEJINA and
PICCOL NIGERIA LTD.

By their attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

Dated: March 14, 2022