UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA, and<br>PICCOL NIGERIA LTD.,<br><br>   *Petitioners*,<br><br>  v.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>   *Respondent*. | Civil Action No. 1:21-cv-02241-RJL |

**JOINT MOTION TO EXTEND DEADLINES**
**TO FILE NOTICE OF APPEAL AND TO FILE RESPONSIVE PLEADING**

  Petitioners Peter A. Chiejina and PICCOL Nigeria Ltd. and Respondent Federal Republic of Nigeria, by and through undersigned counsel, respectfully jointly move this Court for an order, (i) pursuant to Federal Rule of Appellate Procedure 4(a)(5), extending the time to file a notice of appeal regarding the Court's August 24, 2022 Order until October 23, 2022 and, (ii) pursuant to Federal Rule of Civil Procedure 6(b)(1), extending Respondent's deadline to file a responsive pleading until October 23, 2022.  This is the first motion seeking an extension of time to file a notice of appeal and the third motion to extend Respondents deadline to file a responsive pleading, and as grounds for this motion, the parties state as follows:[1]

  1.  On August 24, 2022, the Court entered an Order denying Respondent's Motion to Dismiss.  ECF No. 24.  In the accompanying Memorandum Opinion, the Court found that the Court has personal jurisdiction because service of process was proper under the Foreign Sovereign Immunities Act and has subject matter jurisdiction under the arbitration exception to the FSIA

---

[1] By filing this joint motion, Respondent Federal Republic of Nigeria does not waive and expressly reserves all privileges, immunities, and defenses including, but not limited to, as to personal jurisdiction and service of process.

notwithstanding the Court's finding that, "on its face, the Contract's arbitration agreement does not include Chiejina." ECF No. 23 at 8. The Order is immediately appealable. *See Princz v. Federal Republic of Germany*, 998 F.2d 1 (D.C. Cir. 1993) ("A district court's denial of a foreign state's motion to dismiss on grounds of sovereign immunity is immediately appealable.").

2. Following entry of the Order, counsel for the parties held preliminary settlement discussions. The parties believe that continued settlement negotiations may resolve this matter without the need for further intervention from this Court or the U.S. Court of Appeals for the District of Columbia Circuit. However, the parties believe that the current deadlines in this action may interfere with their ability to reach an agreement.

3. Specifically, pursuant to Federal Rule of Appellate Procedure 4(a)(1)(A), the deadline to file a notice of appeal regarding the Order is currently September 23, 2022. Federal Rule of Appellate Procedure 4(a)(5) provides that the Court may extend the time to file a notice of appeal by 30 days based on a showing of good cause. *See* Fed. R. App. P. 4(a)(5)(A)(ii), (C).

4. Additionally, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the deadline for Respondent to file a responsive pleading is currently September 7, 2022. Federal Rule of Civil Procedure 6(b)(1) likewise provides that the Court may extend the time for Respondent to file a responsive pleading for good cause.

5. The parties submit that, considering the "clearly established public policy in favor of settlements," *Kemper Ins. Co. v. Mut. Benefit Grp.*, 2007 WL 9759983, at *1 (D.D.C. Mar. 31, 2007), the need for additional time for settlement negotiations constitutes good cause to extend the deadlines to file a notice of appeal and to file a responsive pleading until October 23, 2022.

6. This is the first request to extend the time to file a notice of appeal regarding the Order.

7.  The Court previously granted Respondents' November 23, 2021 Consent Motion and January 26, 2022 Unopposed Motion seeking an extension of Respondent's time to file a responsive pleading. *See* Nov. 26, 2021 Minute Order & Jan. 26, 2022 Minute Order. Respondent filed its Motion to Dismiss on February 9, 2022. This is the first request to extend Respondent's time to file a responsive pleading since the Court entered its Order denying the Motion to Dismiss.

8.  The requested extensions will not materially delay this action. There are no other deadlines currently set in this action.

Dated: September 6, 2022
Washington, DC

Respectfully submitted,

/s/ *Theodore J. Folkman*
Theodore J. Folkman
FOLKMAN LLC
53 State St., Suite 500
Boston, MA 02109
(617) 219-9664
ted@folkman.law

*Counsel for Petitioners*
*Peter A. Chiejina and PICCOL Nigeria Ltd.*

/s/ *Tara M. Lee*
Tara M. Lee (DC Bar No. 17902)
Scott Lerner (DC Bar No. 1024964)
Benedict S. Bernstein (DC Bar No. 1780747)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:   + 1 202 626 3600
Facsimile:    + 1 202 639 9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Respondent*
*Federal Republic of Nigeria*