UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA, and<br>PICCOL NIGERIA LTD.,<br><br>   *Petitioners*,<br><br>  v.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>   *Respondent*. | Civil Action No. 1:21-cv-02241-RJL |

## NOTICE OF APPEAL

Notice is hereby given this 21st day of October, 2022, that Respondent Federal Republic of Nigeria ("Nigeria") hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order and Memorandum Opinion filed on August 24, 2022 denying Nigeria's Motion to Dismiss, and finding personal jurisdiction over Nigeria and subject-matter jurisdiction over the Petition to Confirm Foreign Arbitral Award. *See* ECF Nos. 23, 24.

Dated: October 21, 2022
   Washington, DC

Respectfully submitted,

**WHITE & CASE**

/s/ *Tara M. Lee*
Tara M. Lee (DC Bar No. 17902)
Scott Lerner (DC Bar No. 1024964)
Benedict S. Bernstein (DC Bar No. 1780747)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: + 1 202 626 3600
Facsimile: + 1 202 639 9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Respondent*
*Federal Republic of Nigeria*

## CERTIFICATION OF SERVICE

I hereby certify that on October 21, 2022, a true and correct copy of Respondent Federal Republic of Nigeria's Notice of Appeal was served by electronic filing on the following counsel of record:

Theodore J. Folkman
FOLKMAN LLC
53 State Street
Suite 500
Boston, MA 02109
617-219-9664
ted@folkman.law

*Counsel for Petitioners*
*Peter A. Chiejina and PICCOL Nigeria Ltd.*

    Respectfully submitted,

**WHITE & CASE**

/s/ *Tara M. Lee*
Tara M. Lee (DC Bar No. 17902)
Scott Lerner (DC Bar No. 1024964)
Benedict S. Bernstein (DC Bar No. 1780747)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:  + 1 202 626 3600
Facsimile:  + 1 202 639 9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Respondent*
*Federal Republic of Nigeria*