# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-7146**  **September Term, 2023**

**1:21-cv-02241-RJL**

**Filed On: November 12, 2023** [2026290]

Peter A. Chiejina and Piccol Nigeria Ltd.,

    Appellees

  v.

Federal Republic of Nigeria,

    Appellant

## M A N D A T E

In accordance with the order of November 12, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Michael C. McGrail
Deputy Clerk

Link to the order filed November 12, 2023