# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 22-7146**            **September Term, 2023**

**1:21-cv-02241-RJL**

**Filed On:** November 12, 2023

Peter A. Chiejina and PICCOL Nigeria Ltd.,

    Appellees

    v.

Federal Republic of Nigeria,

    Appellant

    **BEFORE:**    Henderson, Wilkins, and Pan, Circuit Judges

## O R D E R

Upon consideration of the joint notice of settlement and appellant's motion to dismiss appeal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

                **FOR THE COURT:**
                Mark J. Langer, Clerk

    BY:    /s/
             Michael C. McGrail
            Deputy Clerk