UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA, et al.,<br><br>Petitioners,<br><br>vs.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>Respondent | No. 1:21-cv-02241-RJL |

### **REPLY IN SUPPORT OF PETITIONERS' MOTION FOR A RULE 16 CONFERENCE**

1. On March 27, 2024, a week after the petitioners filed this motion, counsel for Nigeria forwarded to counsel for the petitioners a statement from his colleagues in Paris, who are in communication with the Nigerian government. The email stated that the President had "(again) approved the payment," and that the solicitor general "is checking today with the Minister of Finance. She will get back to us later in the day and perhaps also send a letter from her office that you can show to opposing counsel. … [W]e expect the payment to come through shortly." Despite a request, no letter was ever provided. A true copy of the correspondence is attached as Exhibit 1.

2. On April 3, 2024, counsel for Nigeria wrote: "I'm told the wire was initiated and should have cleared. Can you ask your client if he received the funds?" To date, no funds have been received, and no explanation provided. A true copy of the correspondence is attached as Exhibit 2.

3. This situation is extremely unusual. Nigeria is not repudiating the settlement or suggesting it is not going to pay. To the contrary, it professes that it *wants* to pay and indeed that it *has* paid. Yet no payment has been received. This cannot go on forever. A Rule 16 conference

1

will provide an opportunity for Nigeria to provide a real explanation for what is going on and a real timeframe for making the payment it has promised. And it will provide both parties and the Court an opportunity to decide on the next steps should Nigeria not do what it has repeatedly promised. The petitioners should not have to wait an indefinite period of time for these answers.

Respectfully submitted,

PETER A. CHIEJINA and
PICCOL NIGERIA, LTD.

By their attorney:

*/s/ Theodore J. Folkman*

Theodore J. Folkman
RUBIN AND RUDMAN LLP
53 State St.
Boston, MA 02109
(617) 330-7135
tfolkman@rubinrudman.com

Dated:  April 8, 2024