UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER A. CHIEJINA, and<br>PICCOL NIGERIA LTD.,<br><br>        *Petitioners*,<br><br>   v.<br><br>FEDERAL REPUBLIC OF NIGERIA,<br><br>        *Respondent*. | Civil Action No. 1:21-cv-02241-RJL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Petitioners Peter A. Chiejina and PICCOL Nigeria Ltd. ("Petitioners") and Respondent Federal Republic of Nigeria ("Nigeria") (collectively, "the Parties"), by and through undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as follows:

1. The Parties do hereby agree that on April 18, 2024, Nigeria executed a payment to Petitioners in full and complete satisfaction of its obligations under the terms of the confidential Settlement Agreement reached between the parties and executed in final on January 23, 2024. Accordingly, the Parties do hereby stipulate and agree to resolve in full and forever all claims Petitioners have against Nigeria in the above-captioned action.

2. This Stipulation of Dismissal shall represent full and complete satisfaction of all claims arising from the allegations set forth in the Petition filed in this action, including full and complete satisfaction of all claims for damages, costs, attorneys' fees, or any other relevant fees or costs that have been, or could be, made in this case.

3. This Stipulation of Dismissal shall not constitute an admission of liability or fault

on the part of Nigeria or its agencies and instrumentalities and is entered into by both Parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

4. This Stipulation of Dismissal shall be binding upon and inure to the benefit of the Parties hereto and their respective successors and assigns.

5. The Parties agree that this Stipulation of Dismissal will not be used as evidence or otherwise in any pending or future civil or administrative action by the Petitioners against Nigeria, or any of its agencies or instrumentalities.

Dated: April 25, 2024
Washington, DC

Respectfully submitted,

/s/ Theodore J. Folkman
Theodore J. Folkman
RUBIN AND RUDMAN LLP
53 State St.
Boston, MA 02109
(617) 330-7000
tfolkman@rubinrudman.com

*Counsel for Petitioners*
*Peter A. Chiejina and PICCOL Nigeria Ltd.*

/s/ Tara M. Lee
Tara M. Lee (DC Bar No. 17902)
Scott Lerner (DC Bar No. 1024964)
Benedict S. Bernstein (DC Bar No. 1780747)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
Telephone:   + 1 202 626 3600
Facsimile:   + 1 202 639 9355
tara.lee@whitecase.com
scott.lerner@whitecase.com
benedict.bernstein@whitecase.com

*Counsel for Respondent*
*Federal Republic of Nigeria*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Stipulation for Dismissal With Prejudice was served on all counsel of record by Electronic Case Filing (ECF) on the 25th day of April 2024.

/s/  *Theodore J. Folkman*
Theodore Folkman

3829404_1